# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| GRANT ARMSTRONG;<br>ARMSTRONG RX GP, LLC<br><br>    Plaintiffs,<br>v.<br><br>WHITE WINSTON SELECT ASSET<br>FUNDS, LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. _____ |

## DECLARATION OF ANDREW M. HOWARD
## IN SUPPORT OF NOTICE OF REMOVAL

I, Andrew M. Howard, declare as follows:

1. I am of sound mind, over the age of twenty-one (21) years, have never been convicted of a felony or other crime involving moral turpitude, and am capable of making this Declaration. I am fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein, and they are true and correct.

2. I am an attorney at Shore Chan DePumpo LLP, counsel of record for White Winston Select Asset Funds, LLC ("Defendant"), in the above captioned matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Texas Franchise Tax Public Information Report for Armstrong RX GP LLC, as downloaded from the Texas Secretary of State Webpage at on January 7, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Associated Entities for Armstrong RX GP LLC, as downloaded from the Texas Secretary of State Webpage at on January 7, 2016.

2

5. Attached hereto as Exhibit 3 is a true and correct copy of the Management Team of Armstrong RX GP LLC, as downloaded from the Texas Secretary of State Webpage at on January 7, 2016.

Executed on this 8th day of January, 2016.

/s/ *Andrew M. Howard*  
Andrew M. Howard

# EXHIBIT 1

00027851302
Filing Number: 801913350

TX2015 05-102
Ver. 6.0 (Rev.9-13/32)

# Texas Franchise Tax Public Information Report
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196

■ Taxpayer number: 32052894303

■ Report year: 2015

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: ARMSTRONG RX GP LLC

☐ Check box if the mailing address has changed.

Mailing address: 3932 BORDEAUX CIRCLE
City: FLOWER MOUND
State: TX
ZIP Code: 75022
Plus 4:

Secretary of State (SOS) file number or Comptroller file number: 0801913350

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: GRANT ARMSTRONG, 3932 BORDEAUX CIRCLE, FLOWER MOUND, TX, 75022
Principal place of business: GRANT ARMSTRONG, 3932 BORDEAUX CIRCLE, FLOWER MOUND, TX, 75022

**Please sign below!**

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205289430315

## SECTION A Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| GRANT ARMSTRONG | MEMBER | ☒ YES | |
| Mailing address: 3932 BORDEAUX CIRCLE | City: FLOWER MOUND | State: TX | ZIP Code: 75022 |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |

## SECTION B Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent: GRANT ARMSTRONG

☐ Check box if you need forms to change the registered agent or registered office information.

Office: 3932 BORDEAUX CIRCLE
City: FLOWER MOUND
State: TX
ZIP Code: 75022

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here: [signature]
Title: MEMBER
Date: 07/07/2015
Area code and phone number: (512) 826-2962

**Texas Comptroller Official Use Only**

VE/DE ☐      PIR IND ☐



1833

# EXHIBIT 2

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

[UCC](#) | [Business Organizations](#) | [Trademarks](#) | [Notary](#) | [Account](#) | [Help/Fees](#) | [Briefcase](#) | [Logout](#)

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801913350 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 10, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32052894303 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Armstrong Rx GP, LLC | | |
| **Address:** | 3932 BORDEAUX CIRCLE<br>FLOWER MOUND, TX 75022 USA | | |

| [REGISTERED AGENT](#) | [FILING HISTORY](#) | [NAMES](#) | [MANAGEMENT](#) | [ASSUMED NAMES](#) | [ASSOCIATED ENTITIES](#) |
|---|---|---|---|---|---|
| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 3

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801913350 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 10, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32052894303 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Armstrong Rx GP, LLC | | |
| **Address:** | 3932 BORDEAUX CIRCLE<br>FLOWER MOUND, TX 75022 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | **Title** | **Address** | | |
| August 25, 2015 | GRANT ARMSTRONG | MEMBER | 3932 BORDEAUX CIRCLE FLOWER MOUND, TX 75022 USA | | |
| August 25, 2015 | GRANT ARMSTRONG | DIRECTOR | 3932 BORDEAUX CIRCLE FLOWER MOUND, TX 75022 USA | | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.