UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Grant Armstrong and Armstrong RX GP, LLC<br>*Plaintiff*<br><br>v.<br><br>White Winston Select Asset Funds, LLC<br>*Defendant* | §<br>§<br>§<br>§<br>§ Case No. 3:16-cv-00056-B<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

McCarter & English, LLP                                     , with offices at

265 Franklin Street
(Street Address)

Boston                          MA                02110
(City)                          (State)           (Zip Code)

617-449-6500                    617-607-9200
(Telephone No.)                 (Fax No.)

II. Applicant will sign all filings with the name David M. Ianelli

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

White Winston Select Asset Funds, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**  Applicant is a member in good standing of the bar of the highest court of the state of _____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 567274    Admission date: Dec. 20, 1994

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S.D.C., District of Massachusetts | Jan. 26, 1996 | Active |
|  |  |  |
|  |  |  |
|  |  |  |

**VI.**  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters: **N/A**

Date of Application:     Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Shore Chan DePumpo LLP , who has offices at

Bank of America Plaza, 901 Main Street, Suite 3300
(Street Address)

Dallas       TX       75202
(City)       (State)       (Zip Code)

214-593-9110       214-593-9111
(Telephone No.)       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 1st day of February , 2016 .

David M. Ianelli
Printed Name of Applicant

*[signature]*
Signature