AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:16-cv-00056-B

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **ARMSTRONG RX II LP**
was received by me on *(date)* **02/25/2016**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **GRANT ARMSTRONG / REGISTERED AGENT**, who is designated by law to accept service of process on behalf of *(name of organization)* **ARMSTRONG RX II LP**
**3932 BORDEAUX CIRCLE FLOWER MOUND TX 75022** on *(date)* **02/25/2016** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/26/2016**

*Server's signature*

**STEVEN J. TRENI SC1912 EXP 4-30-16 PROCESS SERVER**
*Printed name and title*

**5470 LBJ FREEWAY SUITE 100 DALLAS, TEXAS 75240**
*Server's address*

Additional information regarding attempted service, etc:
TIME DELIVERED 6:54PM

Filed stamp: 2016 FEB 29 PM 12:3[?], DEPUTY CLERK, US DISTRICT COURT NORTHERN DIST OF TX

AO 441 (Rev. 12/09) Summons in a Civil Action on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Grant Armstrong, et al<br>*Plaintiff*<br>v.<br>White Winston Select Asset Funds LLC<br>*Defendant and Third Party Plaintiff*<br>v.<br>Armstrong RX II, LP<br>*Third-party defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civil Action Number: 3:16-cv-00056-B** |

## SUMMONS ON A THIRD-PARTY COMPLAINT

**To:** Armstrong RX II, LP

    A lawsuit has been filed against defendant White Winston Select Asset Funds LLC, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Grant Armstrong.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Andrew Howard
901 Main Street, Suite 3300
Dallas, TX 75202

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin Hathaway
816 Congress Avenue, Suite 1200
Austin, TX 78701

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may - but are not required to - respond to it.

DATE: 02/17/2016

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:16-cv-00056-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ARMSTRONG RX II GP, LLC
was received by me on *(date)*  02/25/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  GRANT ARMSTRONG / REGISTERED AGENT , who is
designated by law to accept service of process on behalf of *(name of organization)*  ARMSTRONG RX II GP LLC
3932 BORDEAUX CIRCLE FLOWER MOUND TX 75022   on *(date)*   02/25/2016  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  02/26/2016

*Server's signature*

STEVEN J.TRENI SC1912 EXP 4-30-16 PROCESS SERVER
*Printed name and title*

5470 LBJ FREEWAY SUITE 100 DALLAS,TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:
TIME DELIVERED 6:54PM

AO 441 (Rev. 12/09) Summons in a Civil Action on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Grant Armstrong, et al <br> *Plaintiff* <br> v. <br> White Winston Select Asset Funds LLC <br> *Defendant and Third Party Plaintiff* <br> v. <br> Armstrong RX II GP, LLC <br> *Third-party defendant* | ) ) ) ) ) ) ) ) )  **Civil Action Number: 3:16-cv-00056-B** |

## SUMMONS ON A THIRD-PARTY COMPLAINT

**To:** Armstrong RX II GP, LLC

A lawsuit has been filed against defendant White Winston Select Asset Funds LLC, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Grant Armstrong.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Andrew Howard
901 Main Street, Suite 3300
Dallas, TX 75202

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin Hathaway
816 Congress Avenue, Suite 1200
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may - but are not required to - respond to it.

CLERK OF COURT

DATE: 02/17/2016

*Signature of Clerk or Deputy Clerk*