UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT ARMSTRONG AND ARMSTRONG RX GP, LLC )<br><br>Plaintiffs, )<br>v. )<br><br>WHITE WINSTON SELECT ASSET FUNDS, LLC )<br><br>Defendant/Third Party Plaintiff, )<br>v. )<br><br>ARMSTRONG RX II GP, LLC AND ARMSTRONG RX II, LP, )<br><br>Third Party Defendants. ) | C. A. No. 1:16-cv-10666-MLW |

## JOINT STATEMENT UNDER FED. R. CIV. P. 26(f) AND L.R. 16.1(D)

Under Rule 26(f) of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the parties have conferred concerning a proposed pretrial schedule and hereby submit the following Joint Statement for the case.

**I.     Subjects of Discovery**

    **a.** Statement of Plaintiffs: Plaintiffs will conduct discovery on all claims and allegations in their First Amended Complaint.

    **b.** Statement of Defendant: Defendant will conduct discovery on all of its counterclaims and third party claims, and on any of Plaintiffs' claims that survive its pending Motion to Dismiss.

## II. Electronically Stored Information

At this time, the parties do not foresee problems with the "disclosure, production, or preservation of electronically stored information." Fed. R. Civ. P. 26(f)(3)(C). The parties agree to negotiate in good faith a protocol for production of Electronically Stored Information (ESI). On October 17, 2016, Plaintiffs' counsel proposed an ESI Protocol and an ESI Proposed Order, attached as Exhibits A and B, to which Defendant has not responded. Plaintiffs request that they be entered. Defendant objects to the entry of the attached ESI Protocol and Order.

## III. Privileged Information

The parties will exchange privilege logs identifying any information withheld as privileged or attorney work product and include a description of the material to be withheld in the manner set forth in Fed. R. Civ. P. 26(b)(5)(A).

## IV. Proposed Joint Discovery Plan and Schedule for the Filing of Motions

a. **Initial Disclosures:**

Joint Position: The parties agree to exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than fourteen (14) days after this Court rules on the pending Motion to Dismiss.

b. **Amendments to Pleadings:**

Joint Position: Except for good cause shown, no motions seeking leave to amend to add new parties or to amend the pleadings to assert new claims may be filed after April 28, 2017.

c. **Fact Discovery: Phasing, Interim Deadlines, and Modification of Presumptive Limits**

   i. Plaintiffs' Position: All requests for production of documents and interrogatories must be served by May 31, 2017.

   Defendant's Position: All requests for production of documents and interrogatories must be served by March 31, 2017.

    ii. Plaintiffs' Position: All depositions, other than expert discovery, must be completed by September 29, 2017.

       Defendant's Position: All depositions, other than expert discovery, must be completed by July 31, 2017.

    iii. Plaintiffs' Position: Requests for admission under Fed. R. Civ. P. 36 shall be served by May 31, 2017.

       Defendant's Position: Requests for admission under Fed. R. Civ. P. 36 shall be served by March 31, 2017.

    iv. The parties do not contemplate that it will be necessary to modify the presumptive limits on various forms of discovery set forth in the Federal Rules of Civil Procedure and Local Rule 26.1(c) as follows:

        1. Number of depositions: 10;

        2. Number of interrogatories: 25;

        3. Number of admissions: 25; and

        4. Number of sets of document requests: 2.

    v. The parties do not contemplate the need for phased discovery in this case, except that expert discovery will conclude after the conclusion of fact discovery under the proposed schedule herein.

**d. Fact Discovery Deadline**:

Plaintiffs' Position: All discovery, including expert discovery, must be completed by December 29, 2017.

Defendant's Position: All fact discovery must be completed by July 31, 2017.

**e. Status Conference**: The parties request that the Court schedule a status conference for a date to by determined by the Court, but in any event no later than July 31, 2017, in order to review the progress of the case.

f.  **Expert Discovery**:

  i.  Plaintiffs' Position: Plaintiffs' trial experts must be designated, and the information set forth in Fed. R. Civ. P. 26(a)(2), must be disclosed by September 29, 2017.

  Defendant's Position: Plaintiffs' trial experts must be designated, and the information set forth in Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 31, 2017.

  ii. Plaintiffs' Position: Defendant's trial experts must be designated, and the information set forth in Fed. R. Civ. P. 26(a)(2), must be disclosed by October 30, 2017.

  Defendant's Position: Defendant's trial experts must be designated, and the information set forth in Fed. R. Civ. P. 26(a)(2), must be disclosed by September 30, 2017.

  iii. Plaintiffs' Position: Depositions of all trial experts must be completed by December 29, 2017.

  Defendant's Position: Depositions of all trial experts must be completed by October 31, 2017.

g.  **Dispositive Motions:**

Joint Position: Pretrial dispositive motions shall be filed on or before January 31, 2018.

h.  **Pretrial Conference:** A pretrial conference shall be held on a date and at a time to be determined by the Court.

i.  **Trial by Magistrate Judge:** The parties consent to trial by Magistrate Judge.

j.  **Rule 16.1(c) Settlement Proposals:** Counsel for the parties have conferred with their respective clients on the subject of settlement and alternative dispute resolution, and Plaintiffs have communicated a written settlement demand.

V.      **Local Rule 16.1(d)(3) Certifications**

The parties will file their L.R. 16.1(d)(3) certifications separately.

>Respectfully submitted,
>
>Plaintiffs,
>
>GRANT ARMSTRONG, ARMSTRONG RX GP, LLC,
>By their attorneys,
>
>*/s/ Patrick T. Clendenen*
>Patrick T. Clendenen (BBO #564165)
>Robert M. Kaitz (BBO #681917)
>One Boston Place, Suite 37
>Boston, MA 02108
>(617) 367-2500 (telephone)
>(617) 523-6215 (facsimile)
>pclendenen@davismalm.com
>rkaitz@davismalm.com

and

>Defendant,
>WHITE WINSTON SELECT ASSET FUNDS, LLC,
>By its attorneys,
>
>/s/ David M. Ianelli
>David M. Ianelli, BBO # 567274
>dianelli@mccarter.com
>Nicholas Allen, BBO # 663409
>nallen@mccarter.com
>McCARTER & ENGLISH, LLP
>265 Franklin Street
>Boston, MA  02110
>617-449-6500

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 11, 2016.

                                                      */s/ Robert M. Kaitz*
                                                      Robert M. Kaitz