UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRANT ARMSTRONG and<br>ARMSTRONG RX GP, LLC, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | )<br>) | |
| WHITE WINSTON SELECT ASSET<br>FUNDS, LLC, | )<br>)<br>) | CIVIL ACTION<br>NO.  16-10666-JGD |
| Defendant/Third Party<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| ARMSTRONG RX II GP, LLC and<br>ARMSTRONG RX II, LP, | )<br>)<br>) | |
| Third Party Defendants. | ) | |

# SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The parties shall comply with the following schedule:

    a. The parties shall go forward with fact discovery while the defendant's motion to dismiss remains under advisement with the court. However, if a party believes that certain discovery is only relevant to the issues raised by the motion to dismiss, it may object to that discovery and, if necessary, seek guidance from the court.

    b. By **December 14, 2016**, the parties shall file a joint status report with the court describing whether any disputes remain regarding electronic discovery. To the extent any issues need to be raised with the court, the parties shall indicate how they wish to have those issues resolved (e.g., with or without briefing and/or oral argument), and shall propose a timeline for doing so.

      c.  Any written discovery requests shall be served by **April 28, 2017**.

      d.  The parties shall complete all fact discovery by **August 31, 2017**.

2.     The next status conference will take place on **April 3, 2017 at 10:00 a.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

      (i) the status of the case;
      (ii) scheduling for the remainder of the case through trial; and
      (iii) the use of alternative dispute resolution ("ADR") programs.

3.     The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above.  With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge

DATED:  November 16, 2016