UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT ARMSTRONG and ARMSTRONG RX GP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> WHITE WINSTON SELECT ASSET FUNDS, LLC <br><br> Defendant/Third Party Plaintiff, <br><br> v. <br><br> ARMSTRONG RX II, GP, LLC and ARMSTRONG RX II, LP <br><br> Third-Party Defendants. | Civil Action No. 1:16-cv-10666-MLW |

## AFFIDAVIT OF GRANT W. ARMSTRONG

I, the affiant, duly swear:

1. My name is Grant W. Armstrong. I am the Plaintiff in the above-captioned matter. I am over the age of 21 years and am otherwise fully competent to make this Affidavit.

2. In recent weeks and months, I have spoken with a former executive of QVL Pharmacy Holdings, Inc. ("QVL"). The former QVL executive informed me that he attended a meeting of QVL's Board of Directors in Boston, Massachusetts in the Fall of 2013. Todd Enright, a representative of White Winston Select Asset Funds, LLC ("White Winston"), also attended that meeting. I understand from my conversations with the former QVL executive that White Winston held a portion of QVL's senior secured debt and was acting as an agent for other of QVL's senior secured debt holders.

3. The former QVL executive informed me that at the Fall of 2013 board of directors meeting, White Winston, through Enright, directed QVL's board of directors to begin proceedings to liquidate QVL's assets to pay White Winston's debt and that of the other senior secured debt holders.

4. The former QVL executive also informed me that Enright directed QVL executives to travel to Houston, Texas to meet with an attorney selected by White Winston to

execute a series of documents prepared by this attorney to effect that liquidation. QVL's executives executed these documents at the direction and control of White Winston.

5. The former QVL executive also informed me that as part of the liquidation of QVL's assets that was begun in or about the Fall of 2013, White Winston directed QVL to establish a lockbox account at a Boston bank ("the Lockbox Account"). I understand that Enright was a signatory on the Lockbox Account, and it was controlled by White Winston; no QVL employee had any signatory authority in connection with its operation. The former executive informed me that all of the funds payable to QVL by customers, insurance companies, and other entities were deposited into the Lockbox Account, and QVL's payables were paid out of the Lockbox Account. White Winston, through Enright, made all of the decisions about which QVL debts were to be paid and in what order of priority, and which debts would not be paid. White Winston, through Enright, also made all of the final decisions about which QVL employees were to be laid off during the liquidation, which QVL pharmacies were to be sold and on what terms, and which QVL pharmacies were to be closed.

6. I understand that Enright and White Winston now claim that Enright did not control payments made out of the Lockbox Account and utilize the Lockbox Account to White Winston's benefit. I have personal knowledge that Enright did, in fact, control the Lockbox Account and use it to White Winston's benefit and in a manner that is inconsistent with QVL's obligations under transition services agreements that QVL signed with purchasers of its pharmacies. I specifically recall that during a meeting at the Dallas Pharmacy attended by Enright, myself, and two QVL accountants, Enright directed the QVL accountants to withhold payments from the Lockbox Account to another QVL pharmacy that had been purchased by a third-party. The QVL accountants acceded to Enright's demands. I recall that Enright said that the third-party purchaser would have to "fight [him]" for the funds to which they were entitled under the applicable transition services agreement. At the time, it did not concern me because White Winston held 49% ownership of the Dallas Pharmacy, but upon reflection, I now believe that Enright did the same thing with the Dallas Pharmacy to induce its default on loan obligations to White Winston.

Further Affiant sayeth not. Signed under the pains and penalties of perjury on this the 6 day of April, 2017.

Grant W. Armstrong

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 6 day of April 2017, to certify which witness my hand and official seal.



SHILAH STOVER
Notary Public, State of Texas
My Commission Expires
December 31, 2018

Notary Public In and For
The State of Texas