UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRANT ARMSTRONG and ARMSTRONG RX GP, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, | ) ) ) | CIVIL ACTION NO. 16-10666-JGD |
| Defendant/Third Party Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| ARMSTRONG RX II GP, LLC and ARMSTRONG RX II, LP, | ) ) ) | |
| Third Party Defendants. | ) | |

# SCHEDULING ORDER AND ORDER
# ON DEFENDANT'S MOTION TO DISMISS
# AND PLAINTIFFS' MOTION FOR LEAVE TO AMEND

On April 13, 2017, this court held a status conference pursuant to Fed. R. Civ. P. 16(a), and a hearing to consider oral argument on "The Plaintiffs' Motion for Leave to File Second Amended Complaint" (Docket No. 56). During the hearing, the court also addressed the status of "White Winston Select Asset Funds, LLC's Motion to Dismiss Plaintiffs' Amended Complaint" (Docket No. 37) in light of the plaintiffs' motion to further amend their complaint and the defendant's contention that such an amendment should be denied as futile. After consideration of the parties' oral arguments and their written submissions, and for the reasons discussed in open court, it is hereby ORDERED as follows:

1. As proposed by the court and agreed by the parties, White Winston's motion to dismiss the Amended Complaint (Docket No. 37) is DENIED AS MOOT, the plaintiffs' motion for leave to amend (Docket No. 56) is ALLOWED, and the proposed Second Amended Complaint shall be deemed the operative complaint in this action. The court will construe White Winston's opposition to the plaintiffs' motion for leave to amend as a motion to dismiss the Second Amended Complaint. In ruling on that motion, the court will consider all of the arguments that have been presented by the parties in connection with both White Winston's motion to dismiss the Amended Complaint and the plaintiffs' motion for leave to file a Second Amended Complaint.

2. The parties shall promptly submit a proposed stipulated order regarding the production of ESI.

3. The parties shall proceed with fact discovery, including the production of documents on a rolling basis. The parties shall notify the court when they are approaching the end of document production relating to issues that are not subject to White Winston's motion to dismiss the Second Amended Complaint.

4. As agreed, any written discovery requests shall be served by **July 28, 2017**, and all fact discovery shall be completed by **December 31, 2017**.

5. The parties shall notify the court when they determine that another status conference would be helpful. In their notice, the parties shall include proposed dates for the conference.

/ s / Judith Gail Dein
Judith Gail Dein
Dated: April 14, 2017          United States Magistrate Judge