UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GRANT ARMSTRONG AND ARMSTRONG RX GP, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>WHITE WINSTON SELECT ASSET FUNDS, LLC<br><br>    Defendant/Third Party Plaintiff,<br><br>v.<br><br>ARMSTRONG RX II GP, LLC AND ARMSTRONG RX II, LP,<br><br>    Third Party Defendants. | C. A. No. 1:16-cv-10666-JGD |

## **MOTION FOR LEAVE TO FILE WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), undersigned counsel for the Defendant/Third Party Plaintiff White Winston Select Asset Funds, LLC ("White Winston"), David Ianelli and Nicholas Allen, of McCarter & English, LLP, respectfully request that the Court grant leave for their withdrawal as counsel of record in this matter. White Winston will continue to be represented in this matter by Jeffrey Sternklar, who has already filed a Notice of Appearance, attended Court proceedings, and participated in discovery matters. Neither party will be prejudiced by these withdrawals of appearance.

WHEREFORE, White Winston, through its undersigned counsel, respectfully requests that the Court grant this motion for leave to allow McCarter & English LLP and its attorneys to withdraw as its counsel of record in this matter.

ME1 25261739v.1

Respectfully submitted,

Defendant and Third Party Plaintiff
WHITE WINSTON SELECT ASSET
FUNDS, LLC,

By its attorneys,

/s/ Nicholas W. Allen
David M. Ianelli, BBO # 567274
dianelli@mccarter.com
Nicholas W. Allen, BBO # 663409
nallen@mccarter.com
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
617-449-6500

Dated: July 19, 2017

## LOCAL RULE 7.1 CERTIFICATE

    I certify that, pursuant to Local Rule 7.1, counsel for the parties conferred via email on this date, but were unable to resolve the issue raised by this motion.

/s/ Nicholas W. Allen
Nicholas W. Allen

## **CERTIFICATE OF SERVICE**

      I, Nicholas W. Allen, certify that on this 19th day of July, 2017, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).  Pursuant to Local Rule 83.5.2(d), a copy of this Motion is also being served electronically on this date on White Winston Select Asset Funds, LLC.


                                      /s/ Nicholas W. Allen
                                      Nicholas W. Allen