UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN AMIRAULT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 16-10158-JGD |
| CITY OF MALDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **SETTLEMENT ORDER OF DISMISSAL**

DEIN, U.S.M.J.

The Court having been advised on April 12, 2019 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

BY THE COURT,

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: April 12, 2019