## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT ARMSTRONG and <br> ARMSTRONG RX GP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> WHITE WINSTON SELECT ASSET <br> FUNDS, LLC <br><br> Defendant/Third-Party <br> Plaintiff, <br><br> v. <br><br> ARMSTRONG RX II, GP, LLC and <br> ARMSTRONG RX II, LP <br><br> Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:16-cv-10666-JGD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WHITE WINSTON SELECT ASSET FUNDS, LLC's MOTION TO DISMISS THIRD AMENDED COMPLAINT

1.     Pursuant to Fed.R.Civ.P. 12(b)(6), White Winston Select Asset Funds, LLC ("***White Winston***") moves for entry of an order dismissing all counts of Plaintiffs' Third Amended Complaint ("***TAC***").

2.     This is a dispute over two defaulted loans that White Winston Select Asset Funds, LLC ("***White Winston***"), (a fund that provides loans at times to distressed entities, such as in this matter) provided to Grant Armstrong ("***Armstrong***") and his wholly controlled ownership entity to acquire a pharmacy in Dallas Texas (the "***Dallas Pharmacy***").   White Winston claims it is owed

approximately $3 million on account of these loans.

3.    The Dallas Pharmacy no longer operates and is unable to repay any of these loans to White Winston.  Ultimately, Armstrong defaulted on the White Winston loans and the Dallas Pharmacy went into receivership in Texas state court. Armstrong commenced this civil action defensively, asserting "lender liability" claims against White Winston to avoid payment on the loans.  Armstrong's defensive lender liability claims are the subject of the Third Amended Complaint ("**TAC**") and White Winston's Motion to Dismiss ("**MTD**").

4.    As grounds for this Motion, White Winston submits and incorporates by reference its Memorandum of Authorities in Support of its Motion to Dismiss Third Amended Complaint ("**Memorandum**").  White Winston has sought leave to file the Memorandum by separate motion filed contemporaneously with the filing of this Motion to Dismiss.

WHEREFORE, White Winston prays that the Court enter an order allowing this MTD and dismissing all counts in the TAC with prejudice and without costs, and further that the Court award it such other and further relief to which it may be entitled.

Respectfully Submitted,

Dated:  <u>May 17, 2019</u>             */s/ Jeffrey D. Sternklar*
                          Jeffrey D. Sternklar (BBO #549561)
                          Jeffrey D. Sternklar, LLC
                          26th Floor, 225 Franklin Street
                          Boston, MA 02110
                          Telephone: 617-396-4515
                          Email: jeffrey@sternklarlaw.com

**For White Winston Select Asset
Funds, LLC.**

## L.R. 7.1 CERTIFICATION

I hereby certify pursuant to L.R. 7.1 that the parties, through counsel, have conferred and have attempted in good faith to resolve or narrow the issue.

/s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party electronically through this Court's CM/ECF system on May 17, 2019.

/s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar