UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRANT ARMSTRONG and ARMSTRONG RX GP, LLC, | ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, | ) ) ) | CIVIL ACTION NO. 16-10666-JGD |
| Defendant/Third Party Plaintiff, | ) ) ) ) | |
| MCCARTER & ENGLISH, LLP, | ) ) | |
| Defendant/Counterclaim Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| ARMSTRONG RX II, GP, LLC and ARMSTRONG RX II, LP, | ) ) ) | |
| Third Party Defendants. | ) | |

## ORDER ON MOTION TO DEPOSIT FUNDS

Upon consideration of interpleader plaintiff McCarter & English, LLP's ("McCarter") motion for deposit of funds into the Court's Registry, it is hereby ordered that McCarter may tender to the Court for deposit into the Court's Registry the Escrowed Documents (as that term is defined in the Escrow Agreement attached as Exhibit A to McCarter's Counterclaim), where such documents shall remain pending further Order of the Court.

Upon such deposit: (a) McCarter as Escrow Agent is released, discharged and dismissed with prejudice from this action and from further attendance upon this cause; (b) McCarter is released and discharged from any and all responsibility or liability of any kind or nature whatsoever regarding the Escrowed Documents; and (c) the interpleader defendants are restrained and enjoined from instituting any action or proceeding in any state or United States court for the Escrowed Documents.

Nothing in this Order or in McCarter's transfer of the Escrowed Documents to the Court's Registry is intended to modify or alter in any way any of the claimant's rights in and to the Escrowed Documents and all priorities and security interests in the Escrowed Documents shall continue to apply to the same extent, priority, and validity as existed immediately before the transfer.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 17, 2019