UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRANT ARMSTRONG and ARMSTRONG RX GP, LLC, | ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) ) | |
| v. | ) ) | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, | ) ) ) | CIVIL ACTION NO. 16-10666-JGD |
| Defendant/Third Party Plaintiff, | ) ) ) | |
| MCCARTER & ENGLISH, LLP, | ) ) | |
| Defendant/Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ARMSTRONG RX II, GP, LLC and ARMSTRONG RX II, LP, | ) ) ) | |
| Third Party Defendants. | ) | |

**<u>SCHEDULING ORDER</u>**

After due consideration of the parties' Joint Status Report (Docket No. 154), the

court hereby orders as follows:

1.  The court will not order phased discovery at this time.  However, the parties shall

meet and confer about the scope of financial accounting discovery and shall submit a joint

discovery plan to the court by **June 5, 2020**, identifying the areas of agreement, and the parties'

positions as to the areas of disagreement, if any.  Any claim of undue burden must be

supported by specific facts.  The court will consider proposals to phase financial accounting

discovery.  Absent agreement, financial accounting discovery shall be stayed pending further

order of the court.

2.  The court will not appoint a discovery master at this time.  If the parties deem it

appropriate after discovery is underway, the court will consider holding discovery hearings

every two weeks to address outstanding issues.  The parties will be obligated to file a joint

agenda for those hearings no later than 48 hours before the hearing, unless otherwise ordered

by the court.  The parties shall notify the court if and when such regular discovery hearings

should begin.

3.  All further paper discovery should occur by the production of native format (with

metadata) and searchable .pdf, as applicable, or as otherwise agreed to by the parties.

4.  The court hereby adopts the following discovery schedule:

| | |
|---|---|
| December 4, 2020 | Fact discovery to be completed |
| December 11, 2020 | Status conference, including scheduling summary judgment motions |
| January 29, 2021 | Plaintiffs to provide expert disclosures |
| February 26, 2021 | Depositions of plaintiffs' experts to be completed |
| March 12, 2021 | Defendants to provide expert disclosures |
| April 9, 2021 | Deposition of defendants' experts to be completed |

5.  The next status conference shall be held on December 11, 2020 at 2:30 p.m. in

Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

(a)     the status of the case;
(b)     scheduling for the remainder of the case through trial; and
(c)     use of alternative dispute resolution programs.

6.     The parties shall submit a brief joint statement no later than three (3) business

days before the conference addressing the issues itemized in paragraph 5 above.  With respect

to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall

not identify their respective positions.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  April 21, 2020