# **EXHIBIT B**

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia
Haley W. Schaefer

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Beverley D. Ostrosky
Charlotte A. Powell
Legal Assistants

June 21, 2018

**BY E-MAIL & U.S. MAIL**

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re: <u>Armstrong et al. v. White Winston Select Asset Funds, LLC</u>

Dear Jeffrey:

I have authorization to proceed with the mediation suggested by Judge Dein at the June 15th, 2018 status conference. I suggest that we agree to mediate before Magistrate Judge Jerome J. Niedermeier (USDC MA).

To make the mediation productive, we need the back-up documents to your charts previously provided (attached). The critical documents needed for this mediation process are summarized below.

**Dallas TSA Accounting**:
- The Dallas "TSA Accounting" document in native format.
- QVL TSA statements that your client used in preparing the Dallas "TSA Accounting" document.
- All other statements, invoices, checks and other documents that were used in preparing the Dallas "TSA Accounting" document.
- All other statements, invoices, checks and other documents related to the Dallas TSA Accounting, including but not limited to the amounts QVL collected from Armstrong's accounts receivables and the fees QVL received from the collected receivables for its transition services.

**Dallas Line of Credit Accounting**:
- The "Dallas Line Accounting" document in native format.
- All statements, invoices, checks and other documents that were used in preparing the "Dallas Line Accounting" document.
- All other statements, invoices, checks and other documents related to

Jeffrey D. Sternklar, Esq.
June 21, 2018
Page Two

the Dallas Line of Credit Accounting, including but not limited to those evidencing the advances White Winston made to fund Dallas inventory purchases, accrued interest and incurred expenses, and the customer payments collected by White Winston.

**Dallas Term Loan Accounting**:
- The "Dallas Term Note – Amortization Schedule" document in native format.
- All statements, invoices, checks and other documents that were used in preparing the "Dallas Term Note – Amortization Schedule" document.
- All other statements, invoices, checks and other documents related to the Dallas Term Loan Accounting.

**Other Items**:
- All bank statements, financial statements, general ledgers, balance sheets, profit and loss statements, journals, QuickBook records, memoranda, correspondence, and other bookkeeping and accounting documents evidencing, concerning, or relating to operation of the Lock Box Account for fiscal years 2014 and 2015.
- Any documents relating to individual access to the Lock Box Account for fiscal years 2014 and 2015.
- All Dallas Pharmacy accounting documents for fiscal year 2014, including but not limited to balance sheets, income statements, lists of assets and receivables, and profit and loss statements.
- All documents concerning White Winston's financial and business relationships with QVL beginning in 2013, including but not limited to any written agreements between them concerning QVL's liquidation and ultimate bankruptcy and documentation of any personnel employed for the benefit of both entities.

Again, please provide these documents and/or identify by Bates stamp number if already produced as soon as possible. Finally, for the planned mediation please advise whether White Winston is selling further pharmacies

Jeffrey D. Sternklar, Esq.
June 21, 2018
Page Three

or is interested in some form of business resolution concerning new opportunities in the medical-pharmacy space. Thank you.

Sincerely,

*Pat*

Patrick T. Clendenen
Attorney at Law

PTC/hws
Enc.

FOR SETTLEMENT PURPOSES

**QVL Pharmacy Holdings**
To: Grant Armstrong & QVL Equity
RE: TSA Invoices June to Nov 2014

| Dallas 142 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Totals |
|---|---|---|---|---|---|---|---|---|
| **Amount Due:** | $ (28,777.76) | $ 31,117.00 | $ 33,296.32 | $ (34,510.40) | $ (37,683.74) | $ (4,641.01) | $ (20,536.26) | $ (61,736.85) |
| ABC Purchases | 160,812.38 | 259,688.07 | 224,733.05 | 37,124.63 | | | | 682,358.13 |
| ABC Rebate | (10,844.69) | (10,844.69) | (20,160.41) | (17,767.47) | (745.80) | (562.84) | (619.79) | (61,545.68) |
| Less: Relay Health Rebate-May | (568.00) | (630.00) | (762.84) | (554.94) | 1,369.99 | 275.00 | - | (870.79) |
| Postage | 1,129.99 | 1,139.99 | 1,214.99 | 1,414.99 | | | | 4,899.96 |
| UPS | - | 68.01 | | | | | | 68.01 |
| McKesson Software | 1,158.32 | 1,157.34 | 1,157.34 | 1,178.24 | 1,195.58 | 1,212.60 | 1,187.70 | 8,247.12 |
| McKesson Hardware | 455.96 | 455.96 | | | | | | 911.92 |
| Relay Health | 164.57 | 164.57 | 134.92 | 142.70 | 130.72 | 82.05 | 82.05 | 901.58 |
| Absolute AR | 71.84 | 157.60 | 129.73 | 87.22 | 97.16 | 97.16 | 65.39 | 706.08 |
| Rx Net pricing tool | 50.00 | 50.00 | | | | | | 100.00 |
| TW Telecom - phone/internet | 598.24 | 585.52 | 794.48 | 663.50 | 664.11 | 1,041.71 | 1,040.94 | 5,388.49 |
| Utilities - Champion | 327.40 | 329.01 | 324.04 | 313.01 | 251.42 | | | 1,544.88 |
| City of Dallas(water) | | 83.16 | 42.09 | 37.65 | 18.14 | 86.57 | | 267.61 |
| Intermedia - email | 52.00 | 52.00 | 52.00 | 52.00 | 52.00 | 52.00 | | 312.00 |
| Birch Communications | 236.71 | 253.07 | 237.48 | 252.34 | | | | 979.60 |
| AT&T wireless backup | 64.22 | 64.22 | | | | | | 128.44 |
| Axxys Technologies monthy managed services/ | 786.25 | 786.25 | 1,048.13 | 1,048.13 | 1,102.26 | 1,102.30 | 1,102.30 | 6,975.62 |
| CoreXchange Co-location for POS/IVR/Phone s | 125.21 | 125.21 | 278.86 | 278.86 | 399.50 | 278.98 | 278.98 | 1,765.59 |
| Telecheck fees | 56.00 | 56.00 | | | | | | 112.00 |
| Credit Card fees | 331.39 | 390.42 | 390.42 | 407.86 | 366.83 | 364.21 | 349.85 | 2,600.98 |
| Bank fees | 28.70 | 14.70 | | | | | | 43.40 |
| Iron Mountain file storage | 42.32 | 24.18 | 24.18 | 25.15 | 25.15 | 25.15 | 25.15 | 191.28 |
| Maint & Support IVR | 69.00 | 69.00 | 69.00 | 69.00 | 69.00 | 69.00 | 69.00 | 483.00 |
| QVL Back office allocation | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 17,500.00 |
| QVL Lock Box Fee | 114.72 | 131.62 | 330.23 | 317.82 | 406.03 | 381.31 | 359.66 | 2,041.39 |
| QVL Finance Fee | 3,158.73 | | | | | | | 3,158.73 |
| **Total Expenses** | 160,921.26 | 256,871.21 | 212,537.67 | 27,590.69 | 7,902.08 | 7,005.19 | 6,441.23 | 679,269.32 |
| **Less Collections:** | | | | | | | | |
| Cash/Chks/CC | 14,893.56 | 16,486.09 | 15,700.76 | 20,369.38 | 14,917.65 | 14,778.65 | 17,283.28 | 114,229.37 |
| Third Party AR | 100,005.46 | 13,420.82 | 24,854.06 | 6,810.80 | 22,652.95 | (3,132.45) | 9,694.20 | 174,305.84 |
| Funding 6/19 QVL Sub | 75,000.00 | | | | | | | 75,000.00 |
| Advance to QVL - ABC | | 50,000.00 | 4,168.79 | 34,920.91 | | | | 89,089.70 |
| Advance to QVL - ABC | | 50,000.00 | 5,000.00 | | | | | 55,000.00 |
| Advance to QVL - ABC | | 50,000.00 | 34,462.78 | | | | | 84,462.78 |
| Advance to QVL - ABC | | 9,488.57 | 13,667.73 | | | | | 23,156.30 |
| Advance to QVL - ABC | | 35,000.00 | 29,000.00 | | | | | 64,000.00 |
| Advance to QVL - ABC | | | 35,836.75 | | | | | 35,836.75 |
| Advance to QVL - ABC | | | 16,550.48 | | | | | 16,550.48 |
| MedCo Checks - June | | | | | 8,015.22 | | | 8,015.22 |
| Credit for June TSA Finance Fee | | 1,358.73 | | | | | | 1,358.73 |
| **Total Collections** | 189,899.02 | 225,754.21 | 179,241.35 | 62,101.09 | 45,585.82 | 11,646.20 | 26,977.48 | 741,005.17 |
| **Net Due** | $ (28,777.76) | $ 31,117.00 | $ 33,296.32 | $ (34,510.40) | $ (37,683.74) | $ (4,641.01) | $ (20,536.26) | $ (61,736.85) |

FOR SETTLEMENT PURPOSES

## Grant Armstrong, et.al.
## $500,000
### May 29, 2014 Line of Credit—#142 Dallas Acquisition
### Account Activity and Amortization Schedule

| | |
|---|---|
| **Borrower** | Grant Armstrong, et al. |
| **Contact:** | Grant Armstrong |
| **Address:** | Grant W. Armstrong<br>2920 Montalbo<br>Grand Prairie, TX 75054 |
| **Closing Date:** | 29-May-14 |
| **Amount of Note:** | $500,000.00 (Amended to $750,000 on 6/13/14) |
| **Base Rate:** | 8.0000% |
| **Daily Rate** | 0.0222% |
| **Default Rate Increase:** | 7.0000% |
| **Per Diem:** | 0.0194% |
| **Late Fee:** | 6.0000% |

| Date | No. days | Beginning Principal | Lender Advances | Interest Accrual | Default Rate | Late Fees | Advances for Interest on Term Note | Line Interest Advances | Line Collections | Ending Principal |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2014 | Closing | $0.00 | $465,582.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $465,582.90 |
| *Week Ended* | | | | | | | | | | |
| 6/6/2014 | 8 | $465,582.90 | $0.00 | $827.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $465,582.90 |
| 6/13/2014 | 7 | $465,582.90 | $0.00 | $724.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $465,582.90 |
| 6/20/2014 | 7 | $465,582.90 | $95,000.00 | $724.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $560,582.90 |
| 6/27/2014 | 7 | $560,582.90 | $0.00 | $872.02 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.07) | $560,582.83 |
| 7/4/2014 | 7 | $560,582.83 | $0.00 | $872.02 | $0.00 | $0.00 | $0.00 | $3,148.20 | ($25,702.00) | $538,029.03 |
| 7/11/2014 | 7 | $538,029.03 | $65,000.00 | $836.93 | $0.00 | $0.00 | $0.00 | $0.00 | ($44,016.22) | $559,012.81 |
| 7/18/2014 | 7 | $559,012.81 | $50,000.00 | $869.58 | $0.00 | $0.00 | $0.00 | $0.00 | ($33,364.65) | $575,648.16 |
| 7/25/2014 | 7 | $575,648.16 | $59,488.57 | $895.45 | $0.00 | $0.00 | $0.00 | $0.00 | ($29,480.30) | $605,656.43 |
| 8/1/2014 | 7 | $605,656.43 | $35,000.00 | $942.13 | $0.00 | $0.00 | $0.00 | $3,473.98 | ($27,885.04) | $616,245.37 |
| 8/8/2014 | 7 | $616,245.37 | $44,168.79 | $958.60 | $0.00 | $0.00 | $0.00 | $0.00 | ($60,284.54) | $600,129.62 |
| 8/15/2014 | 7 | $600,129.62 | $65,290.36 | $933.53 | $0.00 | $0.00 | $0.00 | $0.00 | ($29,344.62) | $636,075.36 |
| 8/22/2014 | 7 | $636,075.36 | $79,836.75 | $989.45 | $0.00 | $0.00 | $0.00 | $0.00 | ($30,094.71) | $685,817.40 |
| 8/29/2014 | 7 | $685,817.40 | $10,958.54 | $1,066.83 | $0.00 | $0.00 | $0.00 | $0.00 | ($50,557.84) | $646,218.10 |
| 9/5/2014 | 7 | $646,218.10 | $20,000.00 | $1,005.23 | $0.00 | $0.00 | $0.00 | $4,235.62 | ($50,300.84) | $620,152.89 |
| 9/12/2014 | 7 | $620,152.89 | $38,907.08 | $964.68 | $0.00 | $0.00 | $0.00 | $0.00 | ($39,345.38) | $619,714.59 |
| 9/19/2014 | 7 | $619,714.59 | $16,000.00 | $964.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($28,429.06) | $607,285.53 |
| 9/26/2014 | 7 | $607,285.53 | $47,528.73 | $944.67 | $0.00 | $0.00 | $0.00 | $0.00 | ($40,937.37) | $613,876.89 |
| 10/3/2014 | 7 | $613,876.89 | $41,043.16 | $954.92 | $0.00 | $0.00 | $0.00 | $4,424.25 | ($46,009.40) | $613,334.89 |
| 10/10/2014 | 7 | $613,334.89 | $100,850.00 | $954.08 | $0.00 | $0.00 | $0.00 | $0.00 | ($37,168.98) | $677,015.91 |
| 10/17/2014 | 7 | $677,015.91 | $42,101.90 | $1,053.14 | $0.00 | $0.00 | ($6,161.40) | $0.00 | ($35,340.61) | $677,615.80 |
| 10/24/2014 | 7 | $677,615.80 | $0.00 | $1,054.07 | $0.00 | $0.00 | $0.00 | $0.00 | ($47,618.61) | $629,997.19 |
| 10/31/2014 | 7 | $629,997.19 | $100,500.00 | $980.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($70,635.71) | $659,861.48 |
| 11/7/2014 | 7 | $659,861.48 | $9,154.27 | $1,026.45 | $0.00 | $0.00 | $0.00 | $4,450.53 | ($52,723.08) | $620,743.20 |
| 11/14/2014 | 7 | $620,743.20 | $136,855.93 | $965.60 | $0.00 | $0.00 | $0.00 | $0.00 | ($35,889.27) | $721,709.86 |
| 11/21/2014 | 7 | $721,709.86 | $12,945.55 | $1,122.66 | $0.00 | $0.00 | $0.00 | $0.00 | ($51,293.39) | $683,362.02 |

FOR SETTLEMENT PURPOSES

Grant Armstrong, et.al.
$500,000
May 29, 2014 Line of Credit—#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | Col | Balance | Payment | Interest | C4 | C5 | C6 | C7 | Adjustment | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2014 | 7 | $683,362.02 | $27,864.84 | $1,063.01 | $0.00 | $0.00 | $0.00 | $0.00 | ($25,377.40) | $685,849.46 |
| 12/5/2014 | 7 | $685,849.46 | $107,600.00 | $1,066.88 | $0.00 | $0.00 | $0.00 | $4,482.54 | ($65,551.02) | $732,380.98 |
| 12/12/2014 | 7 | $732,380.98 | $110,893.15 | $1,139.26 | $0.00 | $0.00 | $13,555.56 | $0.00 | ($58,624.84) | $798,204.85 |
| 12/19/2014 | 7 | $798,204.85 | $5,926.31 | $1,241.65 | $0.00 | $0.00 | $0.00 | $0.00 | ($43,340.48) | $760,790.68 |
| 12/26/2014 | 7 | $760,790.68 | $19,731.88 | $1,183.45 | $0.00 | $0.00 | $0.00 | $0.00 | ($37,333.10) | $743,189.46 |
| 1/2/2015 | 7 | $743,189.46 | $67,288.65 | $1,156.07 | $0.00 | $0.00 | $0.00 | $5,152.18 | ($51,665.76) | $763,964.53 |
| 1/9/2015 | 7 | $763,964.53 | $25,271.59 | $1,188.39 | $0.00 | $0.00 | $0.00 | $0.00 | ($26,529.48) | $762,706.64 |
| 1/16/2015 | 7 | $762,706.64 | $89,202.74 | $1,186.43 | $0.00 | $0.00 | $0.00 | $0.00 | ($47,240.12) | $804,669.26 |
| 1/23/2015 | 7 | $804,669.26 | $58,060.50 | $1,251.71 | $0.00 | $0.00 | $0.00 | $0.00 | ($45,572.53) | $817,157.23 |
| 1/30/2015 | 7 | $817,157.23 | $0.00 | $1,271.13 | $0.00 | $0.00 | $0.00 | $0.00 | ($47,491.32) | $769,665.91 |
| 2/6/2015 | 7 | $769,665.91 | $34,089.36 | $1,197.26 | $0.00 | $0.00 | $13,555.56 | $6,384.04 | ($30,180.55) | $793,514.33 |
| 2/13/2015 | 7 | $793,514.33 | $46,300.00 | $1,234.36 | $0.00 | $0.00 | $0.00 | $0.00 | ($39,904.16) | $799,910.17 |
| 2/20/2015 | 7 | $799,910.17 | $79,825.14 | $1,244.30 | $0.00 | $0.00 | $0.00 | $0.00 | ($46,913.93) | $832,821.38 |
| 2/27/2015 | 7 | $832,821.38 | $49,000.00 | $1,295.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($45,270.01) | $836,551.37 |
| 3/6/2015 | 7 | $836,551.37 | $25,389.69 | $1,301.30 | $0.00 | $0.00 | $0.00 | $5,157.32 | ($25,721.01) | $841,377.37 |
| 3/13/2015 | 7 | $841,377.37 | $0.00 | $1,308.81 | $0.00 | $0.00 | $0.00 | $0.00 | ($20,574.94) | $820,802.43 |
| 3/20/2015 | 7 | $820,802.43 | $56,110.87 | $1,276.80 | $0.00 | $0.00 | $0.00 | $0.00 | ($36,553.73) | $840,359.57 |
| 3/27/2015 | 7 | $840,359.57 | $15,000.00 | $1,307.23 | $0.00 | $0.00 | $0.00 | $0.00 | ($25,008.31) | $830,351.26 |
| 4/3/2015 | 7 | $830,351.26 | $25,000.00 | $1,291.66 | $0.00 | $0.00 | $13,111.11 | $5,746.33 | ($25,313.61) | $848,895.09 |
| 4/10/2015 | 7 | $848,895.09 | $35,000.00 | $1,320.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($22,876.99) | $861,018.10 |
| 4/17/2015 | 7 | $861,018.10 | $5,401.22 | $1,339.36 | $0.00 | $0.00 | $0.00 | $0.00 | ($19,353.19) | $847,066.13 |
| 4/24/2015 | 7 | $847,066.13 | $27,946.85 | $1,317.66 | $0.00 | $0.00 | $0.00 | $0.00 | ($40,662.95) | $834,350.03 |
| 5/1/2015 | 7 | $834,350.03 | ($28,500.00) | $1,297.88 | $0.00 | $0.00 | $6,888.89 | $5,643.56 | ($27,948.82) | $790,433.65 |
| 5/8/2015 | 7 | $790,433.65 | $50,000.00 | $1,229.56 | $0.00 | $0.00 | $0.00 | $0.00 | ($22,696.57) | $817,737.08 |
| 5/15/2015 | 7 | $817,737.08 | $14,000.00 | $1,272.04 | $0.00 | $0.00 | $0.00 | $0.00 | ($13,835.72) | $817,901.36 |
| 5/22/2015 | 7 | $817,901.36 | $13,055.00 | $1,272.29 | $0.00 | $0.00 | $0.00 | $0.00 | ($36,268.08) | $794,688.28 |
| 5/29/2015 | 7 | $794,688.28 | $34,504.09 | $1,236.18 | $0.00 | $0.00 | $0.00 | $0.00 | ($12,717.86) | $816,474.51 |
| 6/5/2015 | 7 | $816,474.51 | $15,000.00 | $1,270.07 | $0.00 | $0.00 | $6,666.67 | $6,670.83 | ($16,623.51) | $828,188.50 |
| 6/12/2015 | 7 | $828,188.50 | $11,000.00 | $1,288.29 | $0.00 | $0.00 | $0.00 | $0.00 | ($10,304.91) | $828,883.59 |
| 6/19/2015 | 7 | $828,883.59 | $11,505.00 | $1,289.37 | $0.00 | $0.00 | $0.00 | $0.00 | ($13,376.18) | $827,012.41 |
| 6/26/2015 | 7 | $827,012.41 | $2,760.39 | $1,286.46 | $0.00 | $0.00 | $0.00 | $0.00 | ($7,191.80) | $822,581.00 |
| 7/3/2015 | 7 | $822,581.00 | $15,235.71 | $1,279.57 | $0.00 | $0.00 | $6,888.89 | $6,571.78 | ($9,816.91) | $841,460.47 |
| 7/10/2015 | 7 | $841,460.47 | $6,500.00 | $1,308.94 | $0.00 | $0.00 | $0.00 | $0.00 | ($6,292.03) | $841,668.44 |
| 7/17/2015 | 7 | $841,668.44 | $6,845.02 | $1,309.26 | $0.00 | $0.00 | $0.00 | $0.00 | ($3,659.59) | $844,853.87 |
| 7/24/2015 | 7 | $844,853.87 | $14,632.46 | $1,314.22 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,415.86) | $857,070.47 |
| 7/31/2015 | 7 | $857,070.47 | $0.00 | $1,333.22 | $0.00 | $0.00 | $0.00 | $0.00 | ($809.99) | $856,260.48 |
| 8/7/2015 | 7 | $856,260.48 | $2,300.18 | $1,331.96 | $0.00 | $0.00 | $6,666.67 | $6,912.77 | ($264.03) | $871,876.07 |
| 8/14/2015 | 7 | $871,876.07 | $6,212.59 | $1,356.25 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,353.53) | $876,735.13 |
| 8/21/2015 | 7 | $876,735.13 | $9,884.62 | $1,363.81 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,997.64) | $884,622.11 |
| 8/28/2015 | 7 | $884,622.11 | $0.00 | $1,376.08 | $0.00 | $0.00 | $0.00 | $0.00 | ($123.42) | $884,498.69 |
| 9/4/2015 | 7 | $884,498.69 | $0.00 | $1,375.89 | $0.00 | $0.00 | $6,888.89 | $6,017.77 | ($702.41) | $896,702.93 |
| 9/11/2015 | 7 | $896,702.93 | $4,650.00 | $1,394.87 | $0.00 | $0.00 | $0.00 | $0.00 | ($483.26) | $900,869.67 |
| 9/18/2015 | 7 | $900,869.67 | $5,110.82 | $1,401.35 | $0.00 | $0.00 | $0.00 | $0.00 | ($204.36) | $905,776.13 |
| 9/25/2015 | 7 | $905,776.13 | $105.00 | $1,408.99 | $0.00 | $0.00 | $0.00 | $0.00 | ($832.93) | $905,048.20 |
| 10/2/2015 | 7 | $905,048.20 | $8,622.08 | $1,407.85 | $0.00 | $0.00 | $6,888.89 | $5,997.04 | ($6.84) | $926,549.37 |

@ 12/31/14
$762,925.52

FOR SETTLEMENT PURPOSES

Grant Armstrong, et.al.
$500,000
May 29, 2014 Line of Credit--#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | Col | Balance | Payment | Interest | C1 | C2 | C3 | C4 | Adj | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/9/2015 | 7 | $926,549.37 | $746.89 | $1,441.30 | $0.00 | $0.00 | $0.00 | $0.00 | ($348.13) | $926,948.13 |
| 10/16/2015 | 7 | $926,948.13 | $7,374.81 | $1,441.92 | $0.00 | $0.00 | $0.00 | $0.00 | ($74.06) | $934,248.88 |
| 10/23/2015 | 7 | $934,248.88 | $456.92 | $1,453.28 | $0.00 | $0.00 | $0.00 | $0.00 | ($17.50) | $934,688.30 |
| 10/30/2015 | 7 | $934,688.30 | $7,868.78 | $1,453.96 | $0.00 | $0.00 | $0.00 | $0.00 | ($27.95) | $942,529.13 |
| 11/6/2015 | 7 | $942,529.13 | $567.32 | $1,466.16 | $0.00 | $0.00 | $6,666.68 | $6,378.26 | ($261.56) | $955,879.83 |
| 11/13/2015 | 7 | $955,879.83 | $0.00 | $1,486.92 | $0.00 | $0.00 | $0.00 | $0.00 | ($3.70) | $955,876.13 |
| 11/20/2015 | 7 | $955,876.13 | $8.70 | $1,486.92 | $0.00 | $0.00 | $0.00 | $0.00 | ($260.96) | $955,623.87 |
| 11/27/2015 | 7 | $955,623.87 | $0.00 | $1,486.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $955,623.87 |
| 12/4/2015 | 7 | $955,623.87 | $0.00 | $1,486.53 | $0.00 | $0.00 | $6,888.89 | $5,519.26 | ($34.37) | $967,997.65 |
| 12/11/2015 | 7 | $967,997.65 | $290.33 | $1,505.77 | $0.00 | $0.00 | $0.00 | $0.00 | ($4.07) | $968,283.91 |
| 12/18/2015 | 7 | $968,283.91 | $0.00 | $1,506.22 | $0.00 | $0.00 | $0.00 | $0.00 | ($136.31) | $968,147.60 |
| 12/25/2015 | 7 | $968,147.60 | $5.00 | $1,506.01 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.22) | $968,134.38 |
| 1/1/2016 | 7 | $968,134.38 | $0.00 | $1,505.99 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $968,134.38 |
| 1/8/2016 | 7 | $968,134.38 | $153.60 | $1,505.99 | $0.00 | $0.00 | $6,666.68 | $6,658.29 | 0/ | $981,612.95 |
| 1/15/2016 | 7 | $981,612.95 | $5.00 | $1,526.95 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $983,144.91 |
| 1/22/2016 | 7 | $983,144.91 | $0.00 | $1,529.34 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $984,674.24 |
| 1/29/2016 | 7 | $984,674.24 | $7.42 | $1,531.72 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $986,213.38 |
| 2/5/2016 | 7 | $986,213.38 | $77,870.70 | $1,534.11 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,065,618.19 |
| 2/12/2016 | 7 | $1,065,618.19 | $2,891.00 | $1,657.63 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,070,166.82 |
| 2/19/2016 | 7 | $1,070,166.82 | $44,678.50 | $1,664.70 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,116,510.02 |
| 2/26/2016 | 7 | $1,116,510.02 | $0.00 | $1,736.79 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,118,246.82 |
| 3/4/2016 | 7 | $1,118,246.82 | $0.00 | $1,739.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($20,000.00) | $1,099,986.31 |
| 3/11/2016 | 7 | $1,099,986.31 | $29,674.10 | $1,711.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,131,371.50 |
| 3/18/2016 | 7 | $1,131,371.50 | $0.00 | $1,759.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,133,131.41 |
| 3/25/2016 | 7 | $1,133,131.41 | $0.00 | $1,762.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,134,894.06 |
| 4/1/2016 | 7 | $1,134,894.06 | $0.00 | $1,765.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,136,659.45 |
| 4/8/2016 | 7 | $1,136,659.45 | $0.00 | $1,768.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,138,427.59 |
| 4/15/2016 | 7 | $1,138,427.59 | $2,560.48 | $1,770.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,142,758.96 |
| 4/22/2016 | 7 | $1,142,758.96 | $300.00 | $1,777.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,144,836.58 |
| 4/29/2016 | 7 | $1,144,836.58 | $0.00 | $1,780.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,146,617.44 |
| 5/6/2016 | 7 | $1,146,617.44 | $0.00 | $1,783.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,148,401.06 |
| 5/13/2016 | 7 | $1,148,401.06 | $5,710.00 | $1,786.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,155,897.47 |
| 5/20/2016 | 7 | $1,155,897.47 | $0.00 | $1,798.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,157,695.53 |
| 5/27/2016 | 7 | $1,157,695.53 | $0.00 | $1,800.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,159,496.39 |
| 6/3/2016 | 7 | $1,159,496.39 | $0.00 | $1,803.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,161,300.05 |
| 6/10/2016 | 7 | $1,161,300.05 | $0.00 | $1,806.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,163,106.52 |
| 6/17/2016 | 7 | $1,163,106.52 | $0.00 | $1,809.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,164,915.79 |
| 6/24/2016 | 7 | $1,164,915.79 | $782.00 | $1,812.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,167,509.88 |
| 7/1/2016 | 7 | $1,167,509.88 | $0.00 | $1,816.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,169,326.01 |
| 7/8/2016 | 7 | $1,169,326.01 | $0.00 | $1,818.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,171,144.96 |
| 7/15/2016 | 7 | $1,171,144.96 | $6,883.50 | $1,821.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,179,850.24 |
| 7/22/2016 | 7 | $1,179,850.24 | $0.00 | $1,835.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181,685.57 |
| 7/29/2016 | 7 | $1,181,685.57 | $0.00 | $1,838.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,183,523.74 |
| 8/5/2016 | 7 | $1,183,523.74 | $0.00 | $1,841.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,185,364.78 |
| 8/12/2016 | 7 | $1,185,364.78 | $0.00 | $1,843.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,187,208.68 |
| 8/19/2016 | 7 | $1,187,208.68 | $0.00 | $1,846.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189,055.45 |
| 8/26/2016 | 7 | $1,189,055.45 | $6,852.10 | $1,849.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,197,757.19 |
| 9/2/2016 | 7 | $1,197,757.19 | $0.00 | $1,863.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,199,620.37 |
| 9/9/2016 | 7 | $1,199,620.37 | $1,150.00 | $1,866.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,202,636.45 |
| 9/16/2016 | 7 | $1,202,636.45 | $29,931.55 | $1,870.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,234,438.76 |

@ 12/31/15
$968,134.38

**Grant Armstrong, et.al.**
**$500,000**
**May 29, 2014 Line of Credit--#142 Dallas Acquisition**
Account Activity and Amortization Schedule

| Date | Days | Balance | Payment | Interest | Col6 | Col7 | Col8 | Col9 | Col10 | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2016 | 7 | $1,234,438.76 | $0.00 | $1,920.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,236,359.00 |
| 9/30/2016 | 7 | $1,236,359.00 | $0.00 | $1,923.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,238,282.23 |
| 10/31/2016 | 31 | $1,238,282.23 | $27,098.00 | $8,530.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,273,910.62 |
| 11/30/2016 | 30 | $1,273,910.62 | $0.00 | $8,492.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,282,403.35 |
| 12/2/2016 | 2 | $1,282,403.35 | $21,579.60 | $569.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,304,552.91 |
| 12/9/2016 | 7 | $1,304,552.91 | $0.00 | $2,029.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,306,582.21 |
| 12/16/2016 | 7 | $1,306,582.21 | $42,929.83 | $2,032.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,351,544.51 |
| 12/23/2016 | 7 | $1,351,544.51 | $0.00 | $2,102.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,353,646.91 |
| 12/30/2016 | 7 | $1,353,646.91 | $0.00 | $2,105.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,355,752.58 |
| 1/6/2017 | 7 | $1,355,752.58 | $0.00 | $2,108.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,357,861.53 |
| 1/13/2017 | 7 | $1,357,861.53 | $0.00 | $2,112.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,359,973.76 |
| 1/20/2017 | 7 | $1,359,973.76 | $0.00 | $2,115.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,362,089.27 |
| 1/27/2017 | 7 | $1,362,089.27 | $0.00 | $2,118.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,364,208.08 |
| 2/3/2017 | 7 | $1,364,208.08 | $0.00 | $2,122.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,366,330.18 |
| 2/10/2017 | 7 | $1,366,330.18 | $0.00 | $2,125.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,368,455.58 |
| 2/17/2017 | 7 | $1,368,455.58 | $0.00 | $2,128.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,370,584.29 |
| 2/24/2017 | 7 | $1,370,584.29 | $0.00 | $2,132.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,372,716.31 |
| 3/3/2017 | 7 | $1,372,716.31 | $0.00 | $2,135.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,374,851.65 |
| 3/10/2017 | 7 | $1,374,851.65 | $0.00 | $2,138.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,376,990.31 |
| 3/17/2017 | 7 | $1,376,990.31 | $0.00 | $2,141.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,379,132.29 |
| 3/24/2017 | 7 | $1,379,132.29 | $0.00 | $2,145.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,381,277.61 |
| 3/31/2017 | 7 | $1,381,277.61 | $65,061.52 | $2,148.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,448,487.78 |
| 4/7/2017 | 7 | $1,448,487.78 | $0.00 | $2,253.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,450,740.99 |
| 4/14/2017 | 7 | $1,450,740.99 | $0.00 | $2,256.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,452,997.69 |
| 4/21/2017 | 7 | $1,452,997.69 | $0.00 | $2,260.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,455,257.91 |
| 4/28/2017 | 7 | $1,455,257.91 | $60,681.20 | $2,263.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,518,202.85 |
| 5/5/2017 | 7 | $1,518,202.85 | $0.00 | $2,361.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,520,564.50 |
| 5/12/2017 | 7 | $1,520,564.50 | $28,927.00 | $2,365.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,551,856.82 |
| 5/19/2017 | 7 | $1,551,856.82 | $0.00 | $2,414.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,554,270.82 |
| 5/26/2017 | 7 | $1,554,270.82 | $0.00 | $2,417.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,556,688.57 |
| 6/2/2017 | 7 | $1,556,688.57 | $0.00 | $2,421.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,559,110.09 |
| 6/9/2017 | 7 | $1,559,110.09 | $0.00 | $2,425.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,561,535.37 |
| 6/16/2017 | 7 | $1,561,535.37 | $0.00 | $2,429.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,563,964.43 |
| 6/23/2017 | 7 | $1,563,964.43 | $24,999.05 | $2,432.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,591,396.31 |
| 6/30/2017 | 7 | $1,591,396.31 | $0.00 | $2,475.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,593,871.81 |
| 7/7/2017 | 7 | $1,593,871.81 | $0.00 | $2,479.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,596,351.17 |
| 7/14/2017 | 7 | $1,596,351.17 | $0.00 | $2,483.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,598,834.38 |
| 7/21/2017 | 7 | $1,598,834.38 | $0.00 | $2,487.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,601,321.46 |
| 7/28/2017 | 7 | $1,601,321.46 | $0.00 | $2,490.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,603,812.40 |
| 8/4/2017 | 7 | $1,603,812.40 | $0.00 | $2,494.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,606,307.22 |
| 8/11/2017 | 7 | $1,606,307.22 | $0.00 | $2,498.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,608,805.92 |
| 8/18/2017 | 7 | $1,608,805.92 | $1,713.40 | $2,502.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,613,021.91 |
| 8/25/2017 | 7 | $1,613,021.91 | $0.00 | $2,509.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,615,531.06 |
| 9/1/2017 | 7 | $1,615,531.06 | $0.00 | $2,513.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,618,044.10 |
| 9/8/2017 | 7 | $1,618,044.10 | $0.00 | $2,516.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,620,561.06 |
| 9/15/2017 | 7 | $1,620,561.06 | $0.00 | $2,520.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,623,081.93 |
| 9/22/2017 | 7 | $1,623,081.93 | $0.00 | $2,524.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,625,606.73 |
| 9/29/2017 | 7 | $1,625,606.73 | $5,845.40 | $2,528.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,633,980.85 |
| 10/6/2017 | 7 | $1,633,980.85 | $0.00 | $2,541.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,636,522.60 |
| 10/13/2017 | 7 | $1,636,522.60 | $0.00 | $2,545.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,639,068.30 |
| 10/20/2017 | 7 | $1,639,068.30 | $0.00 | $2,549.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,641,617.96 |

Grant Armstrong, et.al.
$500,000
May 29, 2014 Line of Credit--#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | Col | Balance | Advance | Interest | C1 | C2 | C3 | C4 | C5 | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2017 | 7 | $1,641,617.96 | $0.00 | $2,553.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,644,171.59 |
| 11/3/2017 | 7 | $1,644,171.59 | $360.00 | $2,557.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,647,089.19 |
| 11/10/2017 | 7 | $1,647,089.19 | $0.00 | $2,562.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,649,651.33 |
| 11/17/2017 | 7 | $1,649,651.33 | $3,672.20 | $2,566.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,655,889.65 |
| 11/24/2017 | 7 | $1,655,889.65 | $0.00 | $2,575.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,658,465.48 |
| 12/1/2017 | 7 | $1,658,465.48 | $4,823.30 | $2,579.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,665,868.62 |
| 12/8/2017 | 7 | $1,665,868.62 | $0.00 | $2,591.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,668,459.97 |
| 12/15/2017 | 7 | $1,668,459.97 | $990.00 | $2,595.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,672,045.35 |
| 12/22/2017 | 7 | $1,672,045.35 | $0.00 | $2,600.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,674,646.31 |
| 12/29/2017 | 7 | $1,674,646.31 | $0.00 | $2,605.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,677,251.31 |
| 1/5/2018 | 7 | $1,677,251.31 | $1,596.86 | $2,609.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,681,457.23 |
| 1/12/2018 | 7 | $1,681,457.23 | $0.00 | $2,615.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,684,072.83 |
| 1/19/2018 | 7 | $1,684,072.83 | $0.00 | $2,619.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,686,692.50 |
| 1/26/2018 | 7 | $1,686,692.50 | $2,415.00 | $2,623.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,691,731.24 |
| 2/2/2018 | 7 | $1,691,731.24 | $0.00 | $2,631.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,694,362.83 |
| 2/9/2018 | 7 | $1,694,362.83 | $0.00 | $2,635.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,696,998.50 |
| 2/16/2018 | 7 | $1,696,998.50 | $0.00 | $2,639.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,699,638.28 |
| 2/23/2018 | 7 | $1,699,638.28 | $0.00 | $2,643.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,702,282.16 |
| 3/2/2018 | 7 | $1,702,282.16 | $3,559.90 | $2,647.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,708,490.05 |
| 3/9/2018 | 7 | $1,708,490.05 | $0.00 | $2,657.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,711,147.70 |
| 3/16/2018 | 7 | $1,711,147.70 | $0.00 | $2,661.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,713,809.49 |
| 3/23/2018 | 7 | $1,713,809.49 | $0.00 | $2,665.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,716,475.42 |
| 3/30/2018 | 7 | $1,716,475.42 | $34,463.62 | $2,670.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,753,609.11 |
| 4/6/2018 | 7 | $1,753,609.11 | $0.00 | $2,727.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,756,336.95 |
| 4/13/2018 | 7 | $1,756,336.95 | $0.00 | $2,732.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,759,069.03 |
| 4/20/2018 | 7 | $1,759,069.03 | $0.00 | $2,736.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,761,805.35 |
| 4/27/2018 | 7 | $1,761,805.35 | $4,768.79 | $2,740.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,769,314.73 |
| 5/4/2018 | 7 | $1,769,314.73 | $0.00 | $2,752.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,772,067.00 |
| 5/11/2018 | 7 | $1,772,067.00 | $0.00 | $2,756.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,774,823.55 |
| 5/18/2018 | 7 | $1,774,823.55 | $0.00 | $2,760.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,777,584.38 |
| 5/25/2018 | 7 | $1,777,584.38 | $8,307.20 | $2,765.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,788,656.71 |
| 6/1/2018 | 7 | $1,788,656.71 | $0.00 | $2,782.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,791,439.07 |
| 6/8/2018 | 7 | $1,791,439.07 | $0.00 | $2,786.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,794,225.75 |
| 6/15/2018 | 7 | $1,794,225.75 | $0.00 | $2,791.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,797,016.77 |

| TOTAL ADVANCES | | TOTAL COLLECTIONS | |
|---|---|---|---|
| In 2014 | $1,875,517.36 | In 2014 | $1,148,314.29 |
| In 2015 | $792,339.67 | In 2015 | $736,279.91 |
| In 2016 | $553,241.82 | In 2016 | $20,000.00 |
| | $2,839,373.33 | | $1,904,594.20 |

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.al.**
**$1,000,000**
May 29, 2014 Note--#142 Dallas Acquisition
Account Activity and Amortization Schedule

| | |
|---|---|
| **Borrower** | Grant Armstrong, et al. |
| **Contact:** | Grant Armstrong |
| **Address:** | Grant W. Armstrong<br>2920 Montalbo<br>Grand Prairie, TX 75054 |
| **Closing Date:** | 29-May-14 |
| **Amount of Note:** | $1,000,000.00 |
| **Base Rate:** | 8.0000% |
| **Daily Rate** | 0.0222% |
| **Default Rate Increase:** | 7.0000% |
| **Per Diem:** | 0.0194% |
| **Late Fee:** | 6.0000% |

| | | | Disbursals | | | | | Borrower Payments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Date | No. days | Beginning Principal | Closing Costs | to Borrower | Interest Accrual | Default Rate | Late Fees | Interest Payment | Principal Payment | Total Payment | Ending Principal |
| 5/29/2014 | 0 | $0.00 | $86,966.00 | $913,034.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 |
| 6/15/2014 | 17 | $1,000,000.00 | $0.00 | | $3,777.78 | $0.00 | $0.00 | ($3,777.78) | $0.00 | ($3,777.78) | $1,000,000.00 |
| 7/15/2014 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 8/15/2014 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 9/15/2014 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 10/15/2014 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 11/15/2014 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 12/15/2014 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 1/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 2/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 3/15/2015 | 28 | $1,000,000.00 | $0.00 | | $6,222.22 | $0.00 | $0.00 | ($6,222.22) | $0.00 | ($6,222.22) | $1,000,000.00 |
| 4/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 5/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 6/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 7/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 8/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 9/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 10/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 11/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 12/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 1/15/2016 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,006,888.89 |
| 2/15/2016 | 31 | $1,006,888.89 | $0.00 | | $6,936.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,013,825.23 |
| 3/15/2016 | 29 | $1,013,825.23 | $0.00 | | $6,533.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,020,358.77 |
| 4/15/2016 | 31 | $1,020,358.77 | $0.00 | | $7,029.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,027,387.91 |
| 5/15/2016 | 30 | $1,027,387.91 | $0.00 | | $6,849.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,034,237.17 |
| 6/15/2016 | 31 | $1,034,237.17 | $0.00 | | $7,124.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,041,361.91 |

FOR SETTLEMENT PURPOSES

## Grant Armstrong, et.al.
## $1,000,000
### May 29, 2014 Note--#142 Dallas Acquisition
### Account Activity and Amortization Schedule

| Date | Days | Balance | | Interest | | | | | | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/15/2016 | 30 | $1,041,361.91 | $0.00 | $6,942.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,048,304.32 |
| 8/15/2016 | 31 | $1,048,304.32 | $0.00 | $7,221.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,055,525.98 |
| 9/15/2016 | 31 | $1,055,525.98 | $0.00 | $7,271.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,062,797.38 |
| 10/15/2016 | 30 | $1,062,797.38 | $0.00 | $7,085.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,069,882.69 |
| 11/15/2016 | 31 | $1,069,882.69 | $0.00 | $7,370.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,077,253.00 |
| 12/15/2016 | 30 | $1,077,253.00 | $0.00 | $7,181.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,084,434.68 |
| 1/15/2017 | 31 | $1,084,434.68 | $0.00 | $7,470.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,091,905.23 |
| 2/15/2017 | 31 | $1,091,905.23 | $0.00 | $7,522.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,099,427.25 |
| 3/15/2017 | 28 | $1,099,427.25 | $0.00 | $6,840.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,106,268.13 |
| 4/15/2017 | 31 | $1,106,268.13 | $0.00 | $7,620.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,113,889.08 |
| 5/15/2017 | 30 | $1,113,889.08 | $0.00 | $7,425.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,121,315.01 |
| 6/15/2017 | 31 | $1,121,315.01 | $0.00 | $7,724.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,129,039.63 |
| 7/15/2017 | 30 | $1,129,039.63 | $0.00 | $7,526.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,136,566.56 |
| 8/15/2017 | 31 | $1,136,566.56 | $0.00 | $7,829.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,144,396.24 |
| 9/15/2017 | 31 | $1,144,396.24 | $0.00 | $7,883.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,152,279.86 |
| 10/15/2017 | 30 | $1,152,279.86 | $0.00 | $7,681.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,159,961.72 |
| 11/15/2017 | 31 | $1,159,961.72 | $0.00 | $7,990.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,167,952.57 |
| 12/15/2017 | 30 | $1,167,952.57 | $0.00 | $7,786.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,175,738.92 |
| 1/15/2018 | 31 | $1,175,738.92 | $0.00 | $8,099.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,183,838.46 |
| 2/15/2018 | 31 | $1,183,838.46 | $0.00 | $8,155.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,191,993.79 |
| 3/15/2018 | 28 | $1,191,993.79 | $0.00 | $7,416.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,199,410.64 |
| 4/15/2018 | 31 | $1,199,410.64 | $0.00 | $8,262.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,207,673.24 |
| 5/15/2018 | 30 | $1,207,673.24 | $0.00 | $8,051.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,215,724.40 |