**EXHIBIT C**

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia
Haley W. Schaefer

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office@clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Beverley D. Ostrosky
Charlotte A. Powell
Legal Assistants

July 9, 2018

**BY EMAIL AND U.S. MAIL**

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

    Re: <u>Armstrong et al. v. White Winston Select Asset Funds, LLC</u>

Dear Jeffrey:

    This letter first follows my June 21, 2018 correspondence and the June 15, 2018 status conference before Judge Dein. Your lack of a response and follow up suggests to me that you and your client are no longer interested in mediation. Please advise.

    Secondly, it has come to my attention that White Winston on behalf of QVL#145 has been receiving and keeping payments that should be directed to my client from the Department of Labor Black Lung Program for patient prescriptions. I request by this letter a full accounting and full reimbursements with interest. Please advise.

    Thank you.

Sincerely,

Patrick T. Clendenen
Attorney at Law

PTC/lmt

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia
Haley W. Schaefer

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Beverley D. Ostrosky
Charlotte A. Powell
Legal Assistants

August 7, 2018

**BY EMAIL AND U.S. MAIL**

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re: <u>Armstrong et al. v. White Winston Select Asset Funds, LLC</u>

Dear Jeffrey:

This letter first follows my May 30, June 21, and July 9 correspondence and the June 15, 2018 status conference before Judge Dein. While I appreciate your willingness to proceed in mediation before Magistrate Judge Jerome J. Neidermeier (USDC MA), and perhaps Judge Louis Kornreich (ret.), your continued lack of response concerning documents and information requested suggests to me again that your client is not truly interested in mediation. Please advise.

Secondly, to follow up my July 9 letter and your July 11 email, attached is material concerning payments White Winston, on behalf of QVL#145, has apparently been collecting that should be directed to my client from the Department of Labor Black Lung Program for patient prescriptions. My understanding is that they total over $15,000. I reiterate my request by this letter a full accounting and full reimbursement with interest. Please advise.

Thank you.

Sincerely,

Patrick T. Clendenen
Attorney at Law

PTC/bdo
Enc

```
1
DOLC8000-R001
 *567272100 #F16
```

```
                                        QVL PHARMACY 145
                                        PO BOX 9830
                                        SALT LAKE CITY   UT 84109
```

---- NEWSLETTER UPDATE ----

PURSUANT TO 31 CFR (CODE OF FEDERAL REGULATIONS) PART 208,AN AMENDMENT
TO THE DEBT COLLECTION IMPROVEMENT ACT OF 1996, PAYMENTS MADE BY FEDERAL
GOVERNMENT MUST BE SENT VIA ELECTRONIC FUND TRANSFER (EFT).
EFT PAYMENTS ARE MANDATORY.

AS A RESULT OF THIS AMENDMENT, EFFECTIVE DECEMBER 1, 2014, ALL CURRENT
AND NEW PROVIDERS SUBMITTING BILLS FOR PAYMENT IN ANY OF THE U.S.
DEPARTMENT OF LABOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS (OWCP)
THAT INCLUDES DIVISION OF FEDERAL EMPLOYEES' COMPENSATION (DFEC),
DIVISION OF ENERGY EMPLOYEES' OCCUPATIONAL ILLNESS COMPENSATION (DEEOIC)
AND THE DIVISION OF COAL MINE WORKERS' COMPENSATION (DCMWC) MUST ENROLL
FOR EFT PRIOR TO DECEMBER 1, 2014.

ANY PROVIDER THAT HAS NOT ENROLLED WILL EXPERIENCE AN INTERRUPTION IN
PAYMENT REMITTANCE UNTIL THE EFT PROCESS IS SUCCESSFULLY COMPLETED.  YOU
ARE ENCOURAGED TO ACT PROMPTLY.  IN ADDITION, EFT ENROLLMENT WILL
EXPEDITE YOUR BILL PAYMENT PROCESS.

```
IF YOU ARE SUBMITTING BILLS FOR MULTIPLE OWCP PROGRAMS AND/OR HAVE
MULTIPLE PROVIDER IDENTIFICATION NUMBERS, YOU WILL NEED TO COMPLETE AND
SUBMIT A SEPARATE AUTOMATED CLEARINGHOUSE (ACH) VENDOR PAYMENT SYSTEM
APPLICATION FOR EACH.  A COPY OF ACH APPLICATION IS AVAILABLE AT
HTTP://OWCP.DOL.ACS-INC.COM/PORTAL/FORMSANDLINKS.DO.  YOU MAY FAX OR
MAIL THE COMPLETED ACH APPLICATION AND VOIDED CHECK TO:
XEROX SERVICES ENROLLMENT DEPARTMENT
US DEPARTMENT OF LABOR   (OWCP)
P.O.BOX 8300
LONDON, KY 40742-8300
OR FAX (888) 444-5335
```

```
1
DOLC8000-R001                                   R E M I T T A N C E   V O U C H E R                   RUN DATE  12/09/17
AS OF 12/14/17


TO: QVL PHARMACY 145         RV NO.: 151241 REFERENCE NO.: 7156860 DATE PAID: 12/14/17 PROVIDER NUMBER: 567272100 PAGE:     1


CLAIMANT NAME/ TRANS-CONTROL-NUMBER/    TOTAL CHG/     GROSS      SUB ING     ALLOWED    DISP   ALLOWED    REDUCT      AMOUNT  EOB EOB
LI NDC         RX DESC                  SUB UNITS      AMOUNT     COST        ING COST   FEE    CHARGE     AMOUNT      PAID

            * * *   BILL TYPE:    PHARMACY CLAIMS             * * *   BILL STATUS:    PAID

ORIGINAL BILLS:


SCHUESSLE HEN 17340-2-0001-004829-0  DISP DT: 12/06/17 RX:     4444380  LOC: QVL PHARMACY 145    NCPDP: 4544145 PLAN: FECAALLOTHR
ID: 162147582 AHC:6-17340-00-012-0177-01     143.85     150.75     138.75      83.25    4.00     87.25      56.60       87.25
01 13668000810 ZOLPIDEM TARTRATE 10 MG TAB     30                  138.75      83.25             83.25                  87.25

SCHUESSLE HEN 17340-2-0001-004832-0  DISP DT: 12/06/17 RX:     6638775  LOC: QVL PHARMACY 145    NCPDP: 4544145 PLAN: FECAALLOTHR
ID: 162147582 AHC:6-17340-00-012-0178-01     240.35     247.25     235.25     141.15    4.00    145.15      95.20      145.15
01 68001025605 DULOXETINE HCL DR 30 MG CAP     30                  235.25     141.15            141.15                 145.15

SCHUESSLE HEN 17340-2-0001-004833-0  DISP DT: 12/06/17 RX:     6637451  LOC: QVL PHARMACY 145    NCPDP: 4544145 PLAN: FECAALLOTHR
ID: 162147582 AHC:6-17340-00-012-0179-01      12.42      55.96      43.96      26.37    4.00     30.37       0.00       12.42
01 60505025202 TIZANIDINE HCL 4 MG TABLET      30                   43.96      26.37             26.37                  12.42


R E M I T T A N C E    T O T A L S
PAID ORIGINAL BILLS:       NUMBER OF BILLS       3         396.62                                           244.82
PAID ADJUSTMENT BILLS:     NUMBER OF BILLS       0           0.00                                             0.00
PAID CAPITATION:           NUMBER OF BILLS       0           0.00                                             0.00
DENIED ORIGINAL BILLS:     NUMBER OF BILLS       0           0.00                                             0.00
DENIED ADJUSTMENT BILLS:   NUMBER OF BILLS       0           0.00                                             0.00
DENIED CAPITATION:         NUMBER OF BILLS       0           0.00                                             0.00
PENDED BILLS (IN PROCESS): NUMBER OF BILLS       0           0.00                                             0.00
AMOUNT OF CHECK OR DIRECT DEPOSIT ------------------------------------------------------------              244.82
```

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia
Haley W. Schaefer

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Beverley D. Ostrosky
Charlotte A. Powell
Legal Assistants

August 16, 2018

**BY EMAIL AND U.S. MAIL**

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re: <u>Armstrong et al. v. White Winston Select Asset Funds, LLC</u>

Dear Jeffrey:

This letter responds to your August 10 email, which was sent to the wrong address, and follows my August 7 letter. My communications dating back to May 30, and those at and after the June 15 status conference, which occurred sixty (60) days ago, have been consistent. I and my client are not opposed to mediation but we are interested only if it can be productive. Your and your client's consistent lack of response to my letters and your explanations about traveling and scheduling provide me with no assurance that the documents we've requested repeatedly in discovery and otherwise will be forthcoming in advance of a mediation to make it productive. Indeed, over a month ago, in your July 11 email, you indicated "I will get back to you then with a substantive response to your inquiries." No such response has been forthcoming. As a result, we should simply notify the Court that, despite our efforts, the parties are not prepared to mediate the case at this time, and we intend to proceed with the litigation.

Sincerely,

Patrick T. Clendenen
Attorney at Law

PTC/bdo