## **EXHIBIT E**

# CLENDENEN & SHEA, LLC
Attorneys at Law

400 Orange Street
New Haven, Connecticut 06511

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Carolann J. Coury
Legal Assistants

July 8, 2020

**BY E-MAIL AND REGULAR MAIL**

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re:   Armstrong RX GP, LLC et al. v. White Winston Select Asset
      Funds, LLC et al., No. 16-10666-JGD (USDC MA)
      White Winston Select Asset Funds, LLC Information and
      Documentation from Boston Private Bank & Trust

Dear Jeffrey:

Under the Court's June 23, 2020 Order, Dkt. 162, this letter requests additional information and back up documentation concerning specific transactions into and out of accounts maintained and controlled by White Winston Select Asset Funds, LLC, including the Dallas Location Lock Box Account (No. 943415942), the QVL Investors Business Trust Account (No. 943390192), the White Winston Select Asset Funds, LLC Operating Account (No. 943430437), and the White Winston Select Asset Funds, LLC Investment Receipt Trust Account (No. 943401739). Further detail is provided below, and please respond within seven days

First, as you have acknowledged, White Winston "swept" money from the Dallas Lockbox Account to the White Winston Select Asset Funds, LLC Operating Account and the White Winston Select Asset Funds, LLC Investment Receipt Trust Account without applying those "sweeps" to the line of credit or term note. In acknowledging this fact, you have characterized the "sweeps" as temporary measures that did not affect the financial reporting or performance of the loans.  In fact, however, it appears that White Winston consistently characterized these "sweeps"—at least $214,000 of which were directed to the White Winston Select Asset Funds, LLC Operating Account —as *lender advances* throughout the amortization period, thereby increasing the overall line of credit balance.  I need all information concerning this practice with regard to the "sweeps" identified below.

Jeffrey Sternklar, Esq.
July 8, 2020
Page Two

    The White Winston Select Asset Funds, LLC Operating Account swept the following funds from the Dallas Lockbox Account, but apparently characterized those withdrawals as lender advances:

| Date | Transaction | Amount |
|------|-------------|--------|
| 8/14/2014 | WIRE OUT T:1640 FED # 000167 WHITE WINSTON | (1,930.93) |
| 10/7/2014 | WEB XFER TO DDA 000943430437 | (850.00) |
| 10/17/2014 | WEB XFER TO DDA 000943430437 | (19,745.02) |
| 11/19/2014 | TRANSFER TO 943430437 | (5,772.87) |
| 12/16/2014 | WEB XFER TO DDA 000943430437 | (5,745.51) |
| 12/16/2014 | WEB XFER TO DDA 000943430437 | (980.80) |
| 2/17/2015 | WEB XFER TO DDA 000943430437 | (9,154.27) |
| 2/18/2015 | WEB XFER TO DDA 000943430437 | (11,113.84) |
| 2/20/2015 | WEB XFER TO DDA 000943430437 | (4,499.78) |
| 3/17/2015 | WEB XFER TO DDA 000943430437 | (4,552.00) |
| 3/19/2015 | WEB XFER TO DDA 000943430437 | (1,250.00) |
| 3/19/2015 | WEB XFER TO DDA 000943430437 | (1,098.85) |
| 4/7/2015 | WEB XFER TO DDA 000943430437 | (7,000.00) |
| 4/10/2015 | WEB XFER TO DDA 000943430437 | (16,000.00) |
| 4/17/2015 | WEB XFER TO DDA 000943430437 | (4,652.55) |
| 4/20/2015 | WEB XFER TO DDA 000943430437 | (748.67) |
| 4/30/2015 | WEB XFER TO DDA 000943430437 | (32,000.00) |
| 5/6/2015 | WEB XFER TO DDA 000943430437 | (28,000.00) |
| 5/8/2015 | WEB XFER TO DDA 000943430437 | (13,500.00) |
| 5/13/2015 | WEB XFER TO DDA 000943430437 | (10,000.00) |
| 5/15/2015 | WEB XFER TO DDA 000943430437 | (4,000.00) |
| 5/29/2015 | WEB XFER TO DDA 000943430437 | (15,000.00) |
| 6/16/2015 | WEB XFER TO DDA 000943430437 | (3,500.00) |
| 6/17/2015 | WEB XFER TO DDA 000943430437 | (8,000.00) |
| 6/25/2015 | WEB XFER TO DDA 000943430437 | (2,760.39) |
| 7/1/2015 | WEB XFER TO DDA 000943430437 | (5,000.00) |

    Further, the following withdrawals from the Dallas Lockbox Account by the White Winston Select Asset Funds, LLC Investment Receipt Trust Account were apparently characterized as a lender advances:

Jeffrey Sternklar, Esq.
July 8, 2020
Page Three

| Date | Transaction | Amount |
|------|-------------|--------|
| 10/3/2014 | WEB XFER TO DDA 000943401739 | (6,888.89) |
| 2/3/2015 | WEB XFER TO DDA 000943401739 | (9,154.27) |

Equally, White Winston caused funds to be withdrawn from the Dallas Lockbox and "swept" to AmerisourceBergen Drug Company, Hillcrest Capital Advisors, Inc., and McCarter & English accounts:

| Date | Transaction | Amount |
|------|-------------|--------|
| 7/10/2014 | WIRE OUT T:1542 FED # 000229 AMERISOURCE BERGEN | (50,000.00) |
| 7/14/2014 | WIRE OUT T:1215 FED # 000082 AMERISOURCE BERGEN | (50,000.00) |
| 7/21/2014 | WIRE OUT T:1256 FED # 000072 AMERISOURCE BERGEN | (50,000.00) |

| Date | Transaction | Amount |
|------|-------------|--------|
| 8/14/2014 | WIRE OUT T:1643 FED # 000170 HILLCREST CAPITAL ADVISORS INC | (1,944.25) |
| 9/12/2014 | WIRE OUT T:1622 FED # 000238 HILLCREST CAPITAL ADVISORS INC | (2,286.17) |
| 10/17/2014 | WIRE OUT T:1154 FED # 000068 HILLCREST CAPITAL ADVISORS INC | (5,200.03) |
| 11/19/2014 | WIRE OUT T:1037 FED # 000018 HILLCREST CAPITAL ADVISORS INC | (7,172.68) |

| Date | Transaction | Amount |
|------|-------------|--------|
| 8/14/2014 | WIRE OUT T:1641 FED # 000169 MCCARTER AND ENGLISH LLP | (15,951.33) |

Whether the third-party withdrawals were properly accounted for in the term and line amortization therefore remains disputed and relevant to Armstrong's claims.

Accordingly, Armstrong requires further documentation of the foregoing withdrawals—including but not limited to drawdown requests and authorizations, invoices, receipts, cancelled checks, and correspondence concerning these sweeps and withdrawals—in order to establish that the withdrawals were properly characterized and accounted for as lender advances.

Second, and contrary to your claim that the QVL Investors Business Trust Account was uninvolved in transactions concerning QVL and Armstrong, the QVL Investors Business Trust Account was involved in numerous transactions with the Dallas Lockbox Account. White Winston withdrew at least $ 84,000.00 from the Dallas Lockbox account, including, at a minimum,

Jeffrey Sternklar, Esq.
July 8, 2020
Page Four

the following transactions, which are not apparently accounted for in the term and revolving line amortization:

| Date | Transaction | Amount |
|------|-------------|--------|
| 9/12/2014 | WEB XFER TO DDA 000943390192 | (1,700.00) |
| 10/9/2014 | WEB XFER TO DDA 000943390192 | 40,000.00 |
| 10/10/2014 | WEB XFER TO DDA 000943390192 | (100,000.00) |
| 10/27/2014 | TRANSFER FROM QVL BUSINESS TST | 30,000.00 |
| 10/30/2014 | WEB XFER TO DDA 000943390192 | (30,000.00) |
| 11/12/2014 | WEB XFER FR DDA 000943390192 | 50,000.00 |
| 12/11/2014 | TRANSFER FROM QVL INVESTORS | 4,000.00 |
| 12/18/2014 | WEB XFER TO DDA 000943390192 | (25,000.00) |
| 12/19/2014 | WEB XFER TO DDA 000943390192 | (20,000.00) |
| 4/23/2015 | WEB XFER TO DDA 000943390192 | (31,500.00) |

Finally, the following "sweeps" from the Dallas Lockbox Account cannot be identified due to insufficient information in the Dallas Lockbox Account statements concerning which White Winston-owned QVL account withdrew the funds:

| Date | Transaction | Amount |
|------|-------------|--------|
| 10/16/2014 | TRANSFER TO QVL | (15,000.00) |
| 5/28/2015 | TRANSFER TO OPERATING | (20,000.00) |

Accordingly, Armstrong requires supporting information and documentation of the foregoing transactions, "sweeps," or withdrawals from the Dallas Lockbox Account.. Please advise if you will agree to provide the supporting documentation and information for these transactions, including but not limited to drawdown requests and authorizations, invoices, receipts, cancelled checks, and correspondence concerning the withdrawals. We will

Jeffrey Sternklar, Esq.
July 8, 2020
Page Five

otherwise then seek permission to subpoena the applicable statements and
backup under the Court's Order.

Sincerely,

Patrick T. Clendenen
Attorney at Law

PTC/lmt