**EXHIBIT H**

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Carolann J. Coury
Legal Assistants

July 20, 2020

**BY E-MAIL AND REGULAR MAIL**
Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

    Re: <u>Armstrong RX GP, LLC et al. v. White Winston Select Asset Funds, LLC et al., No. 16-10666-JGD (USDC MA)—Documents Withheld Pending Motion to Dismiss & Text Messages</u>

Dear Jeffrey:

    This letter concerns documents withheld by White Winston pending resolution of the Motion to Dismiss, as well as White Winston's June 19, 2020 production of Todd Enright's text messages. On March 15, 2018, White Winston stated, "certain documents were withheld entirely or redacted based on White Winston's objections and pending Motion to Dismiss ... Should the court deny the Motion to Dismiss or otherwise order that the documents be produced in unredacted form, we shall do so and supply the associated metadata." Dkt. 154-2 at 1. As you know, the Court denied the Motion to Dismiss on March 23, 2020. Dkt. 152.

    On June 9, 2020, when Armstrong reported to the Court that the documents withheld by White Winston on the basis of the pending motion to dismiss had not yet been produced, White Winston stated it "intends to produce these items forthwith once financial discovery is not stayed." Dkt. 160 at 17. The Court entered its financial discovery Order on June 23, 2019. Dkt. 162. Please produce these documents.

Jeffrey Sternklar, Esq.
July 20, 2020
Page Two

    Further, on June 19, 2020, White Winston purported to produce Todd Enright's text messages, as required by the ESI Order entered in this case on May 17, 2017.  Dkt. 85 at 2.  But those text messages included only messages between Todd Enright and Grant Armstrong.  The ESI Order required parties to conduct searches for relevant text messages, and, under that Order, Armstrong produced to White Winston relevant text messages with other individuals, including Todd Enright.  Please supplement your production with relevant text messages between Todd Enright and other individuals, including but not limited to Michelle Samuel, Molly Gallagher, Sara Cohn Sarkis, and Torrance Childs, Robert Mahoney, Donald Feagan, Mark Blundell, Stephen Cox, Chad Collins, Sandra Gonzales, Joyce Montgomery, Grant Armstrong, Val Osipov, Monique Perez, Marlene Diaz, Roger McMullen, Alejandro Satizabal, Karen Watson, and Robert Allberry.

    Consistent with the foregoing, please advise if you will agree to provide a the documents previously withheld on the basis of the motion to dismiss and the financial discovery Order, and if you will agree to supplement Todd Enright's text messages.  We will otherwise be constrained to seek the Court's intervention.

    Sincerely,

    Patrick T. Clendenen
    Attorney at Law

PTC/lmt