# **EXHIBIT I**

# JEFFREY D. STERNKLAR LLC

July 20, 2020

***BY E-MAIL***

Patrick T. Clendenen, Esq. (ptc@clenlaw.com)
Clendenen & Shea
400 Orange Street
New Haven, CT  06511

**Re:** **Armstrong v. White Winston Select Asset Funds, Inc.**

Dear Pat:

Thank you for your July 13, 2020 letter.  I write here in response to that letter.  I have been authorized to accept service of these subpoenas on behalf of Hillcrest/Mahoney.

You identified two categories of documents you wanted to subpoena from Hillcrest/Mahoney in the "Joint Financial Accounting Discovery Plan" [Dkt. 162] we filed on June 9, 2020.  The draft subpoenas you sent to me for Hillcrest/Mahoney contain considerably more categories.  Please note my client objects to these subpoenas unless you agree to narrow them.  Please let me know if you wish to discuss my client's concerns and attempt to narrow the subpoenas consensually before they are deemed served.

Thanks.

Sincerely,

Jeffrey D. Sternklar

cc: (By E-Mail)
Mr. Todd Enright
Mr. Robert Mahoney
Kellie Fisher, Esq.