# **EXHIBIT J**

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Carolann J. Coury
Legal Assistants

July 21, 2020

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re:   Armstrong RX GP, LLC et al. v. White Winston Select Asset
      Funds, LLC et al., No. 16-10666-JGD (USDC MA)White Winston
      Select Asset Funds, LLC Information and Documentation from
      Boston Private Bank & Trust

Dear Jeffrey:

This letter is addressed to your letter dated July 14, 2020 concerning the request by Grant Armstrong and Armstrong RX GP, LLC ("Armstrong") for additional documentation of certain withdrawals from the Dallas Lockbox Account (No. 943415942) by the QVL Investors Business Trust Account (No. 943390192), the White Winston Select Asset Funds, LLC Operating Account (No. 943430437), and the White Winston Select Asset Funds, LLC Investment Receipt Trust Account (No. 943401739).

Concerning the Court's June 28, 2020 Order, the Court stated that Armstrong could not issue subpoenas directed at these accounts "without prior court approval." Under Federal Rule of Civil Procedure 37 and Local Rule of Procedure 37.1, Armstrong is required to confer with White Winston Select Asset Funds, LLC ("White Winston") before seeking such approval from the Court.

In any event, while White Winston may not recognize the transactions referenced in the July 8, 2020 letter, because your "spreadsheets" were admittedly prepared for litigation, those transactions are included in the Dallas Lockbox Account statements that were produced by White Winston to Armstrong on September 7, 2018. They were also were separately subpoenaed from Boston Private Bank & Trust Company to Armstrong, then produced by Armstrong to White Winston on June 19, 2020.

Jeffrey Sternklar, Esq.
July 21, 2020
Page Two

These transactions are also included in the line amortization schedule you attached to your July 14, 2020 letter as "lender advances." While White Winston apparently disputes that its withdrawals from the Dallas Lockbox Account were characterized as lender advances, as you note, "the full amount of additional advances from [White Winston] allocable to [Armstrong] are aggregated and included in the weekly advances reflected on the attached spreadsheet."

It is apparent from that attached spreadsheet that *all* of the transactions listed in the July 8, 2020 letter–withdrawals by White Winston and others from the Dallas Lockbox Account–were "aggregated and included in the weekly advances on the attached spreadsheet." For instance and by way of illustration, the very first transaction listed in the July 8, 2020 letter– a $1,930.93 withdrawal from the Dallas Lockbox Account by White Winston– was "aggregated and included in the weekly advances on the attached spreadsheet" for the line of credit amortization schedule entry ending August 15, 2014.

This also applies the withdrawals by third parties AmerisourceBergen Drug Company, Hillcrest Capital Advisors, Inc. and McCarter & English, LLP, identified in the July 8, 2020 letter. Indeed, Armstrong's request for records in connection with these transactions is now further justified by White Winston's present representation that it, "and no third party, executed all withdrawals from the Lockbox account."

Whether White Winston's "sweeps" or withdrawals from the Dallas Lockbox Account that were characterized as lender advances were properly accounted for is important to Armstrong's claims, including for an accounting. White Winston accordingly cannot maintain that "what happened to the funds after they were swept is irrelevant."

White Winston has offered to disaggregate the advances for the period of July 10, 2014 through July 1, 2015 and provide a revised spreadsheet identifying where the advances identified in the July 8, 2020 letter were included in aggregate advances. White Winston further represented that the documentation necessary to disaggregate the advances is in storage and needs to be retrieved.

Jeffrey Sternklar, Esq.
July 21, 2020
Page Three

It is this very documentation–the documentation that White Winston intends to use to "disaggregate" the advances–that Armstrong requires, and comprises the records originally requested in the July 8, 2020 letter. These include "supporting documentation and information for these transactions, including but not limited to drawdown requests and authorizations, invoices, receipts, cancelled checks, and correspondence concerning the withdrawals."

Accordingly, in addition to this revised summary amortization schedule with the advances disaggregated, Armstrong requests the records originally used to aggregate those advances, and now used by White Winston disaggregate those advances. These records include supporting documentation and information for these transactions, including but not limited to drawdown requests and authorizations, invoices, receipts, cancelled checks, and correspondence concerning the withdrawals identified in the July 8, 2020 letter.

Indeed, this is precisely what Armstrong has been requesting since White Winston first produced the line amortization schedule over two years ago. *See* June 21, 2018 Correspondence, attached hereto as Exhibit A.

Please advise forthwith if you will agree to provide the supporting documentation and information for these transactions, including but not limited to drawdown requests and authorizations, invoices, receipts, cancelled checks, and correspondence concerning the withdrawals. We will otherwise then seek permission to subpoena the applicable statements and backup under the Court's Order.

Sincerely,

Patrick T. Clendenen
Attorney at Law

# EXHIBIT A

# CLENDENEN & SHEA, LLC
Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia
Haley W. Schaefer

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Beverley D. Ostrosky
Charlotte A. Powell
Legal Assistants

June 21, 2018

**BY E-MAIL & U.S. MAIL**

Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re: <u>Armstrong et al. v. White Winston Select Asset Funds, LLC</u>

Dear Jeffrey:

I have authorization to proceed with the mediation suggested by Judge Dein at the June 15th, 2018 status conference. I suggest that we agree to mediate before Magistrate Judge Jerome J. Niedermeier (USDC MA).

To make the mediation productive, we need the back-up documents to your charts previously provided (attached). The critical documents needed for this mediation process are summarized below.

**Dallas TSA Accounting:**
- The Dallas "TSA Accounting" document in native format.
- QVL TSA statements that your client used in preparing the Dallas "TSA Accounting" document.
- All other statements, invoices, checks and other documents that were used in preparing the Dallas "TSA Accounting" document.
- All other statements, invoices, checks and other documents related to the Dallas TSA Accounting, including but not limited to the amounts QVL collected from Armstrong's accounts receivables and the fees QVL received from the collected receivables for its transition services.

**Dallas Line of Credit Accounting:**
- The "Dallas Line Accounting" document in native format.
- All statements, invoices, checks and other documents that were used in preparing the "Dallas Line Accounting" document.
- All other statements, invoices, checks and other documents related to

Jeffrey D. Sternklar, Esq.
June 21, 2018
Page Two

the Dallas Line of Credit Accounting, including but not limited to those
evidencing the advances White Winston made to fund Dallas inventory
purchases, accrued interest and incurred expenses, and the customer
payments collected by White Winston.

**Dallas Term Loan Accounting**:
- The "Dallas Term Note – Amortization Schedule" document in native
  format.
- All statements, invoices, checks and other documents that were used in
  preparing the "Dallas Term Note – Amortization Schedule" document.
- All other statements, invoices, checks and other documents related to
  the Dallas Term Loan Accounting.

**Other Items**:
- All bank statements, financial statements, general ledgers, balance
  sheets, profit and loss statements, journals, QuickBook records,
  memoranda, correspondence, and other bookkeeping and accounting
  documents evidencing, concerning, or relating to operation of the Lock
  Box Account for fiscal years 2014 and 2015.
- Any documents relating to individual access to the Lock Box Account for
  fiscal years 2014 and 2015.
- All Dallas Pharmacy accounting documents for fiscal year 2014,
  including but not limited to balance sheets, income statements, lists of
  assets and receivables, and profit and loss statements.
- All documents concerning White Winston's financial and business
  relationships with QVL beginning in 2013, including but not limited to
  any written agreements between them concerning QVL's liquidation and
  ultimate bankruptcy and documentation of any personnel employed for
  the benefit of both entities.

Again, please provide these documents and/or identify by Bates stamp
number if already produced as soon as possible.  Finally, for the planned
mediation please advise whether White Winston is selling further pharmacies

Jeffrey D. Sternklar, Esq.
June 21, 2018
Page Three

or is interested in some form of business resolution concerning new opportunities in the medical-pharmacy space.  Thank you.

Sincerely,

Patrick T. Clendenen
Attorney at Law

PTC/hws
Enc.

www.clenlaw.com

FOR SETTLEMENT PURPOSES

**QVL Pharmacy Holdings**
To: Grant Armstrong & QVL Equity
RE: TSA Invoices June to Nov 2014
Dallas 142

| | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Totals |
|---|---|---|---|---|---|---|---|---|
| Amount Due: | $ (28,777.76) | $ 31,117.00 | $ 33,298.32 | $ (34,510.40) | $ (37,683.74) | $ (4,641.01) | $ (20,536.25) | $ (81,735.85) |
| | | | | | | | | |
| ABC Purchases | 160,812.38 | 259,688.07 | 224,733.05 | 37,124.63 | | | | 662,358.13 |
| ABC Rebate | (10,844.69) | (10,844.69) | (20,160.41) | (17,767.47) | (745.80) | (562.84) | (619.79) | (61,545.68) |
| Less: Relay Health Rebate-May | (568.00) | (630.00) | (762.84) | (554.94) | 1,369.99 | 275.00 | - | (870.79) |
| Postage | 1,129.99 | 1,139.99 | 1,214.99 | 1,414.99 | | | | 4,899.96 |
| UPS | - | 68.01 | | | | | | 68.01 |
| McKesson Software | 1,158.32 | 1,157.34 | 1,157.34 | 1,178.24 | 1,195.58 | 1,212.60 | 1,187.70 | 8,247.12 |
| McKesson Hardware | 455.98 | 455.98 | | | | | | 911.92 |
| Relay Health | 164.57 | 164.57 | 134.92 | 142.70 | 130.72 | 82.05 | 82.05 | 901.58 |
| Absolute AR | 71.84 | 157.60 | 129.73 | 87.22 | 97.16 | 97.16 | 65.39 | 706.08 |
| Rx Net pricing tool | 50.00 | 50.00 | | | | | | 100.00 |
| TW Telecom - phone/internet | 598.24 | 585.52 | 794.48 | 663.50 | 664.11 | 1,041.71 | 1,040.94 | 5,388.49 |
| Utilities - Champion | 327.40 | 328.01 | 324.04 | 313.01 | 251.42 | | | 1,544.88 |
| City of Dallas(water) | | | 83.16 | 42.09 | 37.65 | 18.14 | 86.57 | 267.61 |
| Intermedia - email | 52.00 | 52.00 | 52.00 | 52.00 | 52.00 | 52.00 | | 312.00 |
| Birch Communications | 236.71 | 253.07 | 237.48 | 252.34 | | | | 979.60 |
| AT&T wireless backup | 64.22 | 64.22 | | | | | | 128.44 |
| Axxys Technologies monthy managed services | 786.25 | 786.25 | 1,048.13 | 1,048.13 | 1,102.26 | 1,102.30 | 1,102.30 | 6,975.62 |
| CoreXchange Co-location for POS/IVR/Phone s | 125.21 | 125.21 | 278.86 | 278.86 | 399.50 | 278.98 | 278.98 | 1,765.59 |
| Telecheck fees | 56.00 | 56.00 | | | | | | 112.00 |
| Credit Card fees | 331.39 | 380.42 | 390.42 | 407.86 | 386.83 | 364.21 | 349.85 | 2,600.98 |
| Bank fees | 28.70 | 14.70 | | | | | | 43.40 |
| Iron Mountain file storage | 42.32 | 24.18 | 24.18 | 25.15 | 25.15 | 25.15 | 25.15 | 191.28 |
| Maint & Support IVR | 69.00 | 69.00 | 69.00 | 69.00 | 69.00 | 69.00 | 69.00 | 483.00 |
| QVL Back office allocation | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 17,500.00 |
| QVL Lock Box Fee | 114.72 | 131.62 | 330.23 | 317.82 | 406.03 | 381.31 | 359.66 | 2,041.39 |
| QVL Finance Fee | 3,158.73 | | | | | | | 3,158.73 |
| | | | | | | | | |
| **Total Expenses** | 160,921.26 | 256,871.21 | 212,537.97 | 27,580.89 | 7,902.08 | 7,005.19 | 6,441.23 | 679,269.32 |
| | | | | | | | | |
| Less Collections: | | | | | | | | |
| Cash/Chks/CC | 14,693.56 | 16,486.09 | 15,700.76 | 20,369.38 | 14,917.65 | 14,778.65 | 17,263.28 | 114,229.37 |
| Third Party AR | 100,005.46 | 13,420.82 | 24,854.08 | 6,810.80 | 22,652.95 | (3,132.45) | 9,694.20 | 174,305.84 |
| Funding 6/19 QVL Sub | 75,000.00 | | | | | | | 75,000.00 |
| Advance to QVL - ABC | | 50,000.00 | 4,168.79 | 34,920.91 | | | | 89,089.70 |
| Advance to QVL - ABC | | 50,000.00 | 5,000.00 | | | | | 55,000.00 |
| Advance to QVL - ABC | | 50,000.00 | 34,462.78 | | | | | 84,462.78 |
| Advance to QVL - ABC | | 9,488.57 | 13,667.73 | | | | | 23,156.30 |
| Advance to QVL - ABC | | 35,000.00 | 29,000.00 | | | | | 64,000.00 |
| Advance to QVL - ABC | | | 35,836.75 | | | | | 35,836.75 |
| Advance to QVL - ABC | | | 16,550.48 | | | | - | 16,550.48 |
| MedCo Checks - June | | | | | | 8,015.22 | | 8,015.22 |
| Credit for June TSA Finance Fee | | 1,358.73 | | | | | | 1,358.73 |
| **Total Collections** | 189,699.02 | 225,784.21 | 179,241.35 | 62,101.09 | 45,585.82 | 11,646.20 | 26,977.48 | 741,005.17 |
| | | | | | | | | |
| **Net Due** | $ (28,777.76) | $ 31,117.00 | $ 33,298.32 | $ (34,510.40) | $ (37,683.74) | $ (4,641.01) | $ (20,536.25) | $ (81,735.85) |

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.al.**
**$500,000**
**May 29, 2014 Line of Credit--#142 Dallas Acquisition**
**Account Activity and Amortization Schedule**

Borrower          Grant Armstrong, et al.

Contact:          Grant Armstrong

Address:          Grant W. Armstrong
                  2920 Montalbo
                  Grand Prairie, TX 75054

Closing Date:           29-May-14
Amount of Note:         $500,000.00  (Amended to $750,000 on 6/13/14)
Base Rate:              6.0000%
Daily Rate:             0.0222%
Default Rate Increase:  7.0000%
Per Diem:               0.0184%
Late Fee:               6.0000%

| Date | No. days | Beginning Principal | Lender Advances | Interest Accrual | Default Rate | Late Fees | Advances for Interest on Term Note | Line Interest Advances | Line Collections | Ending Principal |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2014 | Closing | $0.00 | $465,582.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $465,582.90 |
| *Week Ended* | | | | | | | | | | |
| 6/6/2014 | 8 | $465,582.90 | $0.00 | $827.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $465,582.90 |
| 6/13/2014 | 7 | $465,582.90 | $0.00 | $724.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $465,582.90 |
| 6/20/2014 | 7 | $465,582.90 | $95,000.00 | $724.24 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.07) | $560,582.90 |
| 6/27/2014 | 7 | $560,582.90 | $0.00 | $872.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $560,582.83 |
| 7/4/2014 | 7 | $560,582.83 | $0.00 | $872.02 | $0.00 | $0.00 | $0.00 | $3,148.20 | ($25,702.00) | $538,029.03 |
| 7/11/2014 | 7 | $538,029.03 | $65,000.00 | $836.93 | $0.00 | $0.00 | $0.00 | $0.00 | ($44,016.22) | $559,012.81 |
| 7/18/2014 | 7 | $559,012.81 | $50,000.00 | $869.58 | $0.00 | $0.00 | $0.00 | $0.00 | ($33,364.65) | $575,648.16 |
| 7/25/2014 | 7 | $575,648.16 | $59,488.57 | $895.45 | $0.00 | $0.00 | $0.00 | $0.00 | ($29,480.30) | $605,656.43 |
| 8/1/2014 | 7 | $605,656.43 | $35,000.00 | $942.13 | $0.00 | $0.00 | $0.00 | $3,473.98 | ($27,885.04) | $616,245.37 |
| 8/8/2014 | 7 | $616,245.37 | $44,168.79 | $958.60 | $0.00 | $0.00 | $0.00 | $0.00 | ($60,284.54) | $600,129.62 |
| 8/15/2014 | 7 | $600,129.62 | -$65,290.36 | $933.53 | $0.00 | $0.00 | $0.00 | $0.00 | ($29,344.62) | $636,075.36 |
| 8/22/2014 | 7 | $636,075.36 | $79,836.75 | $989.45 | $0.00 | $0.00 | $0.00 | $0.00 | ($30,094.71) | $685,817.40 |
| 8/29/2014 | 7 | $685,817.40 | $10,958.54 | $1,066.83 | $0.00 | $0.00 | $0.00 | $0.00 | ($50,557.84) | $646,218.10 |
| 9/5/2014 | 7 | $646,218.10 | $20,000.00 | $1,005.23 | $0.00 | $0.00 | $0.00 | $4,235.62 | ($50,300.84) | $620,152.89 |
| 9/12/2014 | 7 | $620,152.89 | $38,907.08 | $964.68 | $0.00 | $0.00 | $0.00 | $0.00 | ($39,345.38) | $619,714.59 |
| 9/19/2014 | 7 | $619,714.59 | $16,000.00 | $964.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($28,429.06) | $607,285.53 |
| 9/26/2014 | 7 | $607,285.53 | $47,528.73 | $944.67 | $0.00 | $0.00 | $0.00 | $0.00 | ($40,937.37) | $613,876.89 |
| 10/3/2014 | 7 | $613,876.89 | $41,043.16 | $954.92 | $0.00 | $0.00 | $0.00 | $4,424.25 | ($46,009.40) | $613,334.89 |
| 10/10/2014 | 7 | $613,334.89 | $100,850.00 | $954.08 | $0.00 | $0.00 | $0.00 | $0.00 | ($37,168.98) | $677,015.91 |
| 10/17/2014 | 7 | $677,015.91 | $42,101.90 | $1,053.14 | $0.00 | $0.00 | ($6,161.40) | $0.00 | ($35,340.61) | $677,615.80 |
| 10/24/2014 | 7 | $677,615.80 | $0.00 | $1,054.07 | $0.00 | $0.00 | $0.00 | $0.00 | ($47,618.61) | $629,997.19 |
| 10/31/2014 | 7 | $629,997.19 | $100,500.00 | $980.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($70,635.71) | $659,861.48 |
| 11/7/2014 | 7 | $659,861.48 | $9,154.27 | $1,026.45 | $0.00 | $0.00 | $0.00 | $4,450.53 | ($52,723.08) | $620,743.20 |
| 11/14/2014 | 7 | $620,743.20 | $136,855.93 | $965.60 | $0.00 | $0.00 | $0.00 | $0.00 | ($35,889.27) | $721,709.86 |
| 11/21/2014 | 7 | $721,709.86 | $12,945.55 | $1,122.66 | $0.00 | $0.00 | $0.00 | $0.00 | ($51,293.39) | $683,362.02 |

**FOR SETTLEMENT PURPOSES**

**Grant Armstrong, et.al.**
**$500,000**
May 29, 2014 Line of Credit–#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2014 | 7 | $683,362.02 | $27,864.84 | $1,066.88 | $0.00 | $0.00 | $0.00 | $0.00 | ($25,551.40) | $685,849.46 |
| 12/5/2014 | 7 | $685,849.46 | $107,600.00 | $1,066.88 | $0.00 | $0.00 | $0.00 | $4,482.54 | ($65,551.02) | $732,380.98 |
| 12/12/2014 | 7 | $732,380.98 | $110,893.15 | $1,139.26 | $0.00 | $0.00 | $13,555.56 | $0.00 | ($58,624.84) | $798,204.85 |
| 12/19/2014 | 7 | $798,204.85 | $5,926.31 | $1,241.65 | $0.00 | $0.00 | $0.00 | $0.00 | ($43,340.48) | $760,790.68 |
| 12/26/2014 | 7 | $760,790.68 | $19,731.88 | $1,183.45 | $0.00 | $0.00 | $0.00 | $0.00 | ($37,333.10) | $743,189.46 |
| 1/2/2015 | 7 | $743,189.46 | $67,288.65 | $1,156.07 | $0.00 | $0.00 | $0.00 | $5,152.18 | ($51,665.76) | $763,964.53 |
| 1/9/2015 | 7 | $763,964.53 | $25,271.59 | $1,188.39 | $0.00 | $0.00 | $0.00 | $0.00 | ($26,529.48) | $762,706.64 |
| 1/16/2015 | 7 | $762,706.64 | $89,202.74 | $1,186.43 | $0.00 | $0.00 | $0.00 | $0.00 | ($47,240.12) | $804,669.26 |
| 1/23/2015 | 7 | $804,669.26 | $58,060.50 | $1,251.71 | $0.00 | $0.00 | $0.00 | $0.00 | ($45,572.53) | $817,157.23 |
| 1/30/2015 | 7 | $817,157.23 | $0.00 | $1,271.13 | $0.00 | $0.00 | $0.00 | $0.00 | ($47,491.32) | $769,665.91 |
| 2/6/2015 | 7 | $769,665.91 | $34,089.36 | $1,197.26 | $0.00 | $0.00 | $13,555.56 | $6,384.04 | ($30,180.55) | $793,514.33 |
| 2/13/2015 | 7 | $793,514.33 | $46,300.00 | $1,234.36 | $0.00 | $0.00 | $0.00 | $0.00 | ($39,904.16) | $799,910.17 |
| 2/20/2015 | 7 | $799,910.17 | $79,825.14 | $1,244.30 | $0.00 | $0.00 | $0.00 | $0.00 | ($46,913.93) | $832,821.38 |
| 2/27/2015 | 7 | $832,821.38 | $49,000.00 | $1,295.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($45,270.01) | $836,551.37 |
| 3/6/2015 | 7 | $836,551.37 | $25,389.69 | $1,301.30 | $0.00 | $0.00 | $0.00 | $5,157.32 | ($25,721.01) | $841,377.37 |
| 3/13/2015 | 7 | $841,377.37 | $0.00 | $1,308.81 | $0.00 | $0.00 | $0.00 | $0.00 | ($20,574.94) | $820,802.43 |
| 3/20/2015 | 7 | $820,802.43 | $56,110.87 | $1,276.80 | $0.00 | $0.00 | $0.00 | $0.00 | ($36,553.73) | $840,359.57 |
| 3/27/2015 | 7 | $840,359.57 | $15,000.00 | $1,307.23 | $0.00 | $0.00 | $0.00 | $0.00 | ($25,008.31) | $830,351.26 |
| 4/3/2015 | 7 | $830,351.26 | $25,000.00 | $1,291.66 | $0.00 | $0.00 | $13,111.11 | $5,746.33 | ($25,313.61) | $848,895.09 |
| 4/10/2015 | 7 | $848,895.09 | $35,000.00 | $1,320.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($22,876.99) | $861,018.10 |
| 4/17/2015 | 7 | $861,018.10 | $5,401.22 | $1,339.36 | $0.00 | $0.00 | $0.00 | $0.00 | ($19,353.19) | $847,066.13 |
| 4/24/2015 | 7 | $847,066.13 | $27,946.85 | $1,317.66 | $0.00 | $0.00 | $0.00 | $0.00 | ($40,662.95) | $834,350.03 |
| 5/1/2015 | 7 | $834,350.03 | ($28,500.00) | $1,297.88 | $0.00 | $0.00 | $6,888.89 | $5,643.56 | ($27,948.82) | $790,433.65 |
| 5/8/2015 | 7 | $790,433.65 | $50,000.00 | $1,229.56 | $0.00 | $0.00 | $0.00 | $0.00 | ($22,696.57) | $817,737.08 |
| 5/15/2015 | 7 | $817,737.08 | $14,000.00 | $1,272.04 | $0.00 | $0.00 | $0.00 | $0.00 | ($13,835.72) | $817,901.36 |
| 5/22/2015 | 7 | $817,901.36 | $13,055.00 | $1,272.29 | $0.00 | $0.00 | $0.00 | $0.00 | ($36,268.08) | $794,688.28 |
| 5/29/2015 | 7 | $794,688.28 | $34,504.09 | $1,236.18 | $0.00 | $0.00 | $0.00 | $0.00 | ($12,717.86) | $816,474.51 |
| 6/5/2015 | 7 | $816,474.51 | $15,000.00 | $1,270.07 | $0.00 | $0.00 | $6,666.67 | $6,670.83 | ($16,623.51) | $828,188.50 |
| 6/12/2015 | 7 | $828,188.50 | $11,000.00 | $1,288.29 | $0.00 | $0.00 | $0.00 | $0.00 | ($10,304.91) | $828,883.59 |
| 6/19/2015 | 7 | $828,883.59 | $11,505.00 | $1,289.37 | $0.00 | $0.00 | $0.00 | $0.00 | ($13,376.18) | $827,012.41 |
| 6/26/2015 | 7 | $827,012.41 | $2,760.39 | $1,286.46 | $0.00 | $0.00 | $0.00 | $0.00 | ($7,191.80) | $822,581.00 |
| 7/3/2015 | 7 | $822,581.00 | $15,235.71 | $1,279.57 | $0.00 | $0.00 | $6,888.89 | $6,571.78 | ($9,816.91) | $841,460.47 |
| 7/10/2015 | 7 | $841,460.47 | $6,500.00 | $1,308.94 | $0.00 | $0.00 | $0.00 | $0.00 | ($6,292.03) | $841,668.44 |
| 7/17/2015 | 7 | $841,668.44 | $6,845.02 | $1,309.26 | $0.00 | $0.00 | $0.00 | $0.00 | ($3,659.59) | $844,853.87 |
| 7/24/2015 | 7 | $844,853.87 | $14,632.46 | $1,314.22 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,415.86) | $857,070.47 |
| 7/31/2015 | 7 | $857,070.47 | $0.00 | $1,333.22 | $0.00 | $0.00 | $0.00 | $0.00 | ($809.99) | $856,260.48 |
| 8/7/2015 | 7 | $856,260.48 | $2,300.18 | $1,331.96 | $0.00 | $0.00 | $6,666.67 | $6,912.77 | ($264.03) | $871,876.07 |
| 8/14/2015 | 7 | $871,876.07 | $6,212.59 | $1,356.25 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,353.53) | $876,735.13 |
| 8/21/2015 | 7 | $876,735.13 | $9,884.62 | $1,363.81 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,997.64) | $884,622.11 |
| 8/28/2015 | 7 | $884,622.11 | $0.00 | $1,376.08 | $0.00 | $0.00 | $0.00 | $0.00 | ($123.42) | $884,498.69 |
| 9/4/2015 | 7 | $884,498.69 | $0.00 | $1,375.89 | $0.00 | $0.00 | $6,888.89 | $6,017.77 | ($702.41) | $896,702.93 |
| 9/11/2015 | 7 | $896,702.93 | $4,650.00 | $1,394.87 | $0.00 | $0.00 | $0.00 | $0.00 | ($483.26) | $900,869.67 |
| 9/18/2015 | 7 | $900,869.67 | $5,110.82 | $1,401.35 | $0.00 | $0.00 | $0.00 | $0.00 | ($204.36) | $905,776.13 |
| 9/25/2015 | 7 | $905,776.13 | $105.00 | $1,408.99 | $0.00 | $0.00 | $0.00 | $0.00 | ($832.93) | $905,048.20 |
| 10/2/2015 | 7 | $905,048.20 | $8,622.08 | $1,407.85 | $0.00 | $0.00 | $6,888.89 | $5,997.04 | ($6.84) | $926,549.37 |

@ 12/31/14
$762,925.52

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.al.**
**$500,000**
May 29, 2014 Line of Credit--#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/9/2015 | 7 | $926,549.37 | $746.89 | $1,441.92 | $0.00 | $0.00 | $0.00 | $0.00 | ($348.13) | $926,948.13 |
| 10/16/2015 | 7 | $926,948.13 | $7,374.81 | $1,453.28 | $0.00 | $0.00 | $0.00 | $0.00 | ($74.06) | $934,248.88 |
| 10/23/2015 | 7 | $934,248.88 | $456.92 | $1,453.28 | $0.00 | $0.00 | $0.00 | $0.00 | ($17.50) | $934,688.30 |
| 10/30/2015 | 7 | $934,688.30 | $7,868.78 | $1,453.96 | $0.00 | $0.00 | $0.00 | $0.00 | ($27.95) | $942,529.13 |
| 11/6/2015 | 7 | $942,529.13 | $567.32 | $1,466.16 | $0.00 | $0.00 | $6,666.68 | $6,378.26 | ($261.56) | $955,879.83 |
| 11/13/2015 | 7 | $955,879.83 | $0.00 | $1,486.92 | $0.00 | $0.00 | $0.00 | $0.00 | ($3.70) | $955,876.13 |
| 11/20/2015 | 7 | $955,876.13 | $8.70 | $1,486.92 | $0.00 | $0.00 | $0.00 | $0.00 | ($260.96) | $955,623.87 |
| 11/27/2015 | 7 | $955,623.87 | $0.00 | $1,486.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $955,623.87 |
| 12/4/2015 | 7 | $955,623.87 | $0.00 | $1,486.53 | $0.00 | $0.00 | $6,888.89 | $5,519.26 | ($34.37) | $967,997.65 |
| 12/11/2015 | 7 | $967,997.65 | $290.33 | $1,505.77 | $0.00 | $0.00 | $0.00 | $0.00 | ($4.07) | $968,283.91 |
| 12/18/2015 | 7 | $968,283.91 | $0.00 | $1,506.22 | $0.00 | $0.00 | $0.00 | $0.00 | ($136.31) | $968,147.60 |
| 12/25/2015 | 7 | $968,147.60 | $5.00 | $1,506.01 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.22) | $968,134.38 |
| 1/1/2016 | 7 | $968,134.38 | $0.00 | $1,505.99 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $968,134.38 |
| 1/8/2016 | 7 | $968,134.38 | $153.60 | $1,505.99 | $0.00 | $0.00 | $6,666.68 | $6,658.29 | 0/ | $981,612.95 |
| 1/15/2016 | 7 | $981,612.95 | $5.00 | $1,526.95 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $983,144.91 |
| 1/22/2016 | 7 | $983,144.91 | $0.00 | $1,529.34 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $984,674.24 |
| 1/29/2016 | 7 | $984,674.24 | $7.42 | $1,531.72 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $986,213.38 |
| 2/5/2016 | 7 | $986,213.38 | $77,870.70 | $1,534.11 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,065,618.19 |
| 2/12/2016 | 7 | $1,065,618.19 | $2,891.00 | $1,657.63 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,070,166.82 |
| 2/19/2016 | 7 | $1,070,166.82 | $44,678.50 | $1,664.70 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,116,510.02 |
| 2/26/2016 | 7 | $1,116,510.02 | $0.00 | $1,736.79 | $0.00 | $0.00 | $0.00 | $0.00 | 0/ | $1,118,246.82 |
| 3/4/2016 | 7 | $1,118,246.82 | $0.00 | $1,739.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($20,000.00) | $1,099,986.31 |
| 3/11/2016 | 7 | $1,099,986.31 | $29,674.10 | $1,711.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,131,371.50 |
| 3/18/2016 | 7 | $1,131,371.50 | $0.00 | $1,759.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,133,131.41 |
| 3/25/2016 | 7 | $1,133,131.41 | $0.00 | $1,762.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,134,894.06 |
| 4/1/2016 | 7 | $1,134,894.06 | $0.00 | $1,765.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,136,659.45 |
| 4/8/2016 | 7 | $1,136,659.45 | $0.00 | $1,768.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,138,427.59 |
| 4/15/2016 | 7 | $1,138,427.59 | $2,560.48 | $1,770.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,142,758.96 |
| 4/22/2016 | 7 | $1,142,758.96 | $300.00 | $1,777.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,144,836.58 |
| 4/29/2016 | 7 | $1,144,836.58 | $0.00 | $1,780.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,146,617.44 |
| 5/6/2016 | 7 | $1,146,617.44 | $0.00 | $1,783.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,148,401.06 |
| 5/13/2016 | 7 | $1,148,401.06 | $5,710.00 | $1,786.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,155,897.47 |
| 5/20/2016 | 7 | $1,155,897.47 | $0.00 | $1,798.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,157,695.53 |
| 5/27/2016 | 7 | $1,157,695.53 | $0.00 | $1,800.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,159,496.39 |
| 6/3/2016 | 7 | $1,159,496.39 | $0.00 | $1,803.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,161,300.05 |
| 6/10/2016 | 7 | $1,161,300.05 | $0.00 | $1,806.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,163,106.52 |
| 6/17/2016 | 7 | $1,163,106.52 | $0.00 | $1,809.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,164,915.79 |
| 6/24/2016 | 7 | $1,164,915.79 | $782.00 | $1,812.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,167,509.88 |
| 7/1/2016 | 7 | $1,167,509.88 | $0.00 | $1,816.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,169,326.01 |
| 7/8/2016 | 7 | $1,169,326.01 | $0.00 | $1,818.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,171,144.96 |
| 7/15/2016 | 7 | $1,171,144.96 | $6,883.50 | $1,821.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,179,850.24 |
| 7/22/2016 | 7 | $1,179,850.24 | $0.00 | $1,835.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181,685.57 |
| 7/29/2016 | 7 | $1,181,685.57 | $0.00 | $1,838.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,183,523.74 |
| 8/5/2016 | 7 | $1,183,523.74 | $0.00 | $1,841.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,185,364.78 |
| 8/12/2016 | 7 | $1,185,364.78 | $0.00 | $1,843.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,187,208.68 |
| 8/19/2016 | 7 | $1,187,208.68 | $0.00 | $1,846.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189,055.45 |
| 8/26/2016 | 7 | $1,189,055.45 | $6,852.10 | $1,849.64 | -$0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,197,757.19 |
| 9/2/2016 | 7 | $1,197,757.19 | $0.00 | $1,863.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,199,620.37 |
| 9/9/2016 | 7 | $1,199,620.37 | $1,150.00 | $1,866.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,202,636.45 |
| 9/16/2016 | 7 | $1,202,636.45 | $29,931.55 | $1,870.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,234,438.76 |

@ 12/31/15
$968,134.38

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.al.**
**$500,000**
May 29, 2014 Line of Credit--#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2016 | 7 | $1,234,438.76 | $0.00 | $1,923.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,236,359.00 |
| 9/30/2016 | 7 | $1,236,359.00 | $0.00 | $1,923.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,238,282.23 |
| 10/31/2016 | 31 | $1,238,282.23 | $27,098.00 | $8,530.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,273,910.62 |
| 11/30/2016 | 30 | $1,273,910.62 | $0.00 | $8,492.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,282,403.35 |
| 12/2/2016 | 2 | $1,282,403.35 | $21,579.60 | $569.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,304,552.91 |
| 12/9/2016 | 7 | $1,304,552.91 | $0.00 | $2,029.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,306,582.21 |
| 12/16/2016 | 7 | $1,306,582.21 | $42,929.83 | $2,032.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,351,544.51 |
| 12/23/2016 | 7 | $1,351,544.51 | $0.00 | $2,102.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,353,646.91 |
| 12/30/2016 | 7 | $1,353,646.91 | $0.00 | $2,105.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,355,752.58 |
| 1/6/2017 | 7 | $1,355,752.58 | $0.00 | $2,108.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,357,861.53 |
| 1/13/2017 | 7 | $1,357,861.53 | $0.00 | $2,112.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,359,973.76 |
| 1/20/2017 | 7 | $1,359,973.76 | $0.00 | $2,115.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,362,089.27 |
| 1/27/2017 | 7 | $1,362,089.27 | $0.00 | $2,118.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,364,208.08 |
| 2/3/2017 | 7 | $1,364,208.08 | $0.00 | $2,122.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,366,330.18 |
| 2/10/2017 | 7 | $1,366,330.18 | $0.00 | $2,125.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,368,455.58 |
| 2/17/2017 | 7 | $1,368,455.58 | $0.00 | $2,128.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,370,584.29 |
| 2/24/2017 | 7 | $1,370,584.29 | $0.00 | $2,132.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,372,716.31 |
| 3/3/2017 | 7 | $1,372,716.31 | $0.00 | $2,135.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,374,851.65 |
| 3/10/2017 | 7 | $1,374,851.65 | $0.00 | $2,138.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,376,990.31 |
| 3/17/2017 | 7 | $1,376,990.31 | $0.00 | $2,141.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,379,132.29 |
| 3/24/2017 | 7 | $1,379,132.29 | $0.00 | $2,145.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,381,277.61 |
| 3/31/2017 | 7 | $1,381,277.61 | $65,061.52 | $2,148.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,448,487.78 |
| 4/7/2017 | 7 | $1,448,487.78 | $0.00 | $2,253.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,450,740.99 |
| 4/14/2017 | 7 | $1,450,740.99 | $0.00 | $2,256.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,452,997.69 |
| 4/21/2017 | 7 | $1,452,997.69 | $0.00 | $2,260.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,455,257.91 |
| 4/28/2017 | 7 | $1,455,257.91 | $60,681.20 | $2,263.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,518,202.85 |
| 5/5/2017 | 7 | $1,518,202.85 | $0.00 | $2,361.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,520,564.50 |
| 5/12/2017 | 7 | $1,520,564.50 | $28,927.00 | $2,365.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,551,856.82 |
| 5/19/2017 | 7 | $1,551,856.82 | $0.00 | $2,414.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,554,270.82 |
| 5/26/2017 | 7 | $1,554,270.82 | $0.00 | $2,417.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,556,688.57 |
| 6/2/2017 | 7 | $1,556,688.57 | $0.00 | $2,421.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,559,110.09 |
| 6/9/2017 | 7 | $1,559,110.09 | $0.00 | $2,425.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,561,535.37 |
| 6/16/2017 | 7 | $1,561,535.37 | $0.00 | $2,429.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,563,964.43 |
| 6/23/2017 | 7 | $1,563,964.43 | $24,999.05 | $2,432.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,591,396.31 |
| 6/30/2017 | 7 | $1,591,396.31 | $0.00 | $2,475.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,593,871.81 |
| 7/7/2017 | 7 | $1,593,871.81 | $0.00 | $2,479.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,596,351.17 |
| 7/14/2017 | 7 | $1,596,351.17 | $0.00 | $2,483.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,598,834.38 |
| 7/21/2017 | 7 | $1,598,834.38 | $0.00 | $2,487.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,601,321.46 |
| 7/28/2017 | 7 | $1,601,321.46 | $0.00 | $2,490.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,603,812.40 |
| 8/4/2017 | 7 | $1,603,812.40 | $0.00 | $2,494.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,606,307.22 |
| 8/11/2017 | 7 | $1,606,307.22 | $0.00 | $2,498.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,608,805.92 |
| 8/18/2017 | 7 | $1,608,805.92 | $1,713.00 | $2,502.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,613,021.91 |
| 8/25/2017 | 7 | $1,613,021.91 | $0.00 | $2,509.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,615,531.06 |
| 9/1/2017 | 7 | $1,615,531.06 | $0.00 | $2,513.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,618,044.10 |
| 9/8/2017 | 7 | $1,618,044.10 | $0.00 | $2,516.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,620,561.06 |
| 9/15/2017 | 7 | $1,620,561.06 | $0.00 | $2,520.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,623,081.93 |
| 9/22/2017 | 7 | $1,623,081.93 | $0.00 | $2,524.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,625,606.73 |
| 9/29/2017 | 7 | $1,625,606.73 | $5,845.40 | $2,528.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,633,980.85 |
| 10/6/2017 | 7 | $1,633,980.85 | $0.00 | $2,541.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,636,522.60 |
| 10/13/2017 | 7 | $1,636,522.60 | $0.00 | $2,545.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,639,068.30 |
| 10/20/2017 | 7 | $1,639,068.30 | $0.00 | $2,549.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,641,617.96 |

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.aL**
**$500,000**
May 29, 2014 Line of Credit—#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2017 | 7 | $1,641,617.96 | $0.00 | $2,557.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,644,171.59 |
| 11/3/2017 | 7 | $1,644,171.59 | $360.00 | $2,562.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,647,089.19 |
| 11/10/2017 | 7 | $1,647,089.19 | $0.00 | $2,566.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,649,651.33 |
| 11/17/2017 | 7 | $1,649,651.33 | $3,672.20 | $2,575.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,655,889.65 |
| 11/24/2017 | 7 | $1,655,889.65 | $0.00 | $2,579.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,658,465.48 |
| 12/1/2017 | 7 | $1,658,465.48 | $4,823.30 | $2,591.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,665,868.62 |
| 12/8/2017 | 7 | $1,665,868.62 | $0.00 | $2,595.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,668,459.97 |
| 12/15/2017 | 7 | $1,668,459.97 | $990.00 | $2,600.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,672,045.35 |
| 12/22/2017 | 7 | $1,672,045.35 | $0.00 | $2,605.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,674,646.31 |
| 12/29/2017 | 7 | $1,674,646.31 | $0.00 | $2,609.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,677,251.31 |
| 1/5/2018 | 7 | $1,677,251.31 | $1,596.86 | $2,615.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,681,457.23 |
| 1/12/2018 | 7 | $1,681,457.23 | $0.00 | $2,619.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,684,072.83 |
| 1/19/2018 | 7 | $1,684,072.83 | $0.00 | $2,623.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,686,692.50 |
| 1/26/2018 | 7 | $1,686,692.50 | $2,415.00 | $2,631.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,691,731.24 |
| 2/2/2018 | 7 | $1,691,731.24 | $0.00 | $2,635.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,694,362.83 |
| 2/9/2018 | 7 | $1,694,362.83 | $0.00 | $2,639.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,696,998.50 |
| 2/16/2018 | 7 | $1,696,998.50 | $0.00 | $2,643.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,699,638.28 |
| 2/23/2018 | 7 | $1,699,638.28 | $0.00 | $2,647.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,702,282.16 |
| 3/2/2018 | 7 | $1,702,282.16 | $3,559.90 | $2,657.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,708,490.05 |
| 3/9/2018 | 7 | $1,708,490.05 | $0.00 | $2,661.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,711,147.70 |
| 3/16/2018 | 7 | $1,711,147.70 | $0.00 | $2,665.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,713,809.49 |
| 3/23/2018 | 7 | $1,713,809.49 | $0.00 | $2,670.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,716,475.42 |
| 3/30/2018 | 7 | $1,716,475.42 | $34,463.62 | $2,727.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,753,609.11 |
| 4/6/2018 | 7 | $1,753,609.11 | $0.00 | $2,732.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,756,336.95 |
| 4/13/2018 | 7 | $1,756,336.95 | $0.00 | $2,736.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,759,069.03 |
| 4/20/2018 | 7 | $1,759,069.03 | $0.00 | $2,740.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,761,805.35 |
| 4/27/2018 | 7 | $1,761,805.35 | $4,768.70 | $2,752.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,769,314.73 |
| 5/4/2018 | 7 | $1,769,314.73 | $0.00 | $2,756.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,772,067.00 |
| 5/11/2018 | 7 | $1,772,067.00 | $0.00 | $2,760.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,774,823.55 |
| 5/18/2018 | 7 | $1,774,823.55 | $0.00 | $2,765.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,777,584.38 |
| 5/25/2018 | 7 | $1,777,584.38 | $8,307.20 | $2,782.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,788,656.71 |
| 6/1/2018 | 7 | $1,788,656.71 | $0.00 | $2,786.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,791,439.07 |
| 6/8/2018 | 7 | $1,791,439.07 | $0.00 | $2,791.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,794,225.75 |
| 6/15/2018 | 7 | $1,794,225.75 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,797,016.77 |

| TOTAL ADVANCES | | | TOTAL COLLECTIONS | |
|---|---|---|---|---|
| In 2014 | $1,875,517.38 | | In 2014 | $1,146,314.29 |
| In 2015 | $792,338.87 | | In 2015 | $738,279.91 |
| In 2016 | $553,241.82 | | In 2016 | $20,000.00 |
| | $2,839,373.33 | | | $1,904,594.20 |

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.al.**
**$1,000,000**
May 29, 2014 Note—#142 Dallas Acquisition
Account Activity and Amortization Schedule

Borrower        Grant Armstrong, et al.

Contact:        Grant Armstrong

Address:        Grant W. Armstrong
                2820 Montalbo
                Grand Prairie, TX 75054

Closing Date:           29-May-14
Amount of Note:         $1,000,000.00
Base Rate:              8.0000%
Daily Rate:             0.0222%
Default Rate Increase:  7.0000%
Per Diem:               0.0194%
Late Fee:               6.0000%

| | | | Disbursals | | | | | Borrower Payments | | | |
| Payment Date | No. days | Beginning Principal | Closing Costs | to Borrower | Interest Accrual | Default Rate | Late Fees | Interest Payment | Principal Payment | Total Payment | Ending Principal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2014 | 0 | $0.00 | $86,966.00 | $913,034.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 |
| 6/15/2014 | 17 | $1,000,000.00 | $0.00 | | $3,777.78 | $0.00 | $0.00 | ($3,777.78) | $0.00 | ($3,777.78) | $1,000,000.00 |
| 7/15/2014 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 8/15/2014 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 9/15/2014 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 10/15/2014 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 11/15/2014 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 12/15/2014 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 1/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 2/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 3/15/2015 | 28 | $1,000,000.00 | $0.00 | | $6,222.22 | $0.00 | $0.00 | ($6,222.22) | $0.00 | ($6,222.22) | $1,000,000.00 |
| 4/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 5/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 6/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 7/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 8/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 9/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 10/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 11/15/2015 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | ($6,888.89) | $0.00 | ($6,888.89) | $1,000,000.00 |
| 12/15/2015 | 30 | $1,000,000.00 | $0.00 | | $6,666.67 | $0.00 | $0.00 | ($6,666.67) | $0.00 | ($6,666.67) | $1,000,000.00 |
| 1/15/2016 | 31 | $1,000,000.00 | $0.00 | | $6,888.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,006,888.89 |
| 2/15/2016 | 31 | $1,006,888.89 | $0.00 | | $6,936.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,013,825.23 |
| 3/15/2016 | 29 | $1,013,825.23 | $0.00 | | $6,533.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,020,358.77 |
| 4/15/2016 | 31 | $1,020,358.77 | $0.00 | | $7,029.14 | $0.00 | $0.00 | $0.00 | $0.00 | -$0.00 | $1,027,387.91 |
| 5/15/2016 | 30 | $1,027,387.91 | $0.00 | | $6,849.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,034,237.17 |
| 6/15/2016 | 31 | $1,034,237.17 | $0.00 | | $7,124.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,041,361.91 |

FOR SETTLEMENT PURPOSES

**Grant Armstrong, et.al.**
**$1,000,000**
May 29, 2014 Note—#142 Dallas Acquisition
Account Activity and Amortization Schedule

| Date | Days | Balance | | Interest | | | | | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/15/2016 | 30 | $1,041,361.91 | $0.00 | $7,221.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,048,304.32 |
| 8/15/2016 | 31 | $1,048,304.32 | $0.00 | $7,271.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,055,525.98 |
| 9/15/2016 | 31 | $1,055,525.98 | $0.00 | $7,271.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,062,797.38 |
| 10/15/2016 | 30 | $1,062,797.38 | $0.00 | $7,085.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,069,882.69 |
| 11/15/2016 | 31 | $1,069,882.69 | $0.00 | $7,370.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,077,253.00 |
| 12/15/2016 | 30 | $1,077,253.00 | $0.00 | $7,181.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,084,434.68 |
| 1/15/2017 | 31 | $1,084,434.68 | $0.00 | $7,470.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,091,905.23 |
| 2/15/2017 | 31 | $1,091,905.23 | $0.00 | $7,522.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,099,427.25 |
| 3/15/2017 | 28 | $1,099,427.25 | $0.00 | $6,840.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,106,268.13 |
| 4/15/2017 | 31 | $1,106,268.13 | $0.00 | $7,620.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,113,889.08 |
| 5/15/2017 | 30 | $1,113,889.08 | $0.00 | $7,425.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,121,315.01 |
| 6/15/2017 | 31 | $1,121,315.01 | $0.00 | $7,724.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,129,039.63 |
| 7/15/2017 | 30 | $1,129,039.63 | $0.00 | $7,526.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,136,566.56 |
| 8/15/2017 | 31 | $1,136,566.56 | $0.00 | $7,829.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,144,396.24 |
| 9/15/2017 | 31 | $1,144,396.24 | $0.00 | $7,883.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,152,279.86 |
| 10/15/2017 | 30 | $1,152,279.86 | $0.00 | $7,681.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,159,961.72 |
| 11/15/2017 | 31 | $1,159,961.72 | $0.00 | $7,990.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,167,952.57 |
| 12/15/2017 | 30 | $1,167,952.57 | $0.00 | $7,786.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,175,738.92 |
| 1/15/2018 | 31 | $1,175,738.92 | $0.00 | $8,099.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,183,838.46 |
| 2/15/2018 | 31 | $1,183,838.46 | $0.00 | $8,155.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,191,993.79 |
| 3/15/2018 | 28 | $1,191,993.79 | $0.00 | $7,416.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,199,410.64 |
| 4/15/2018 | 31 | $1,199,410.64 | $0.00 | $8,262.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,207,673.24 |
| 5/15/2018 | 30 | $1,207,673.24 | $0.00 | $8,051.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,215,724.40 |

# *CLENDENEN & SHEA, LLC*

Attorneys at Law

William H. Clendenen, Jr.
Kevin C. Shea
Patrick T. Clendenen
Charles J. Donato
Benjamin H. Levites
Joseph E. Boccia

400 Orange Street
New Haven, Connecticut 06511

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office @clenlaw.com

Lynne M. Tourville
Nadine P. Toce
Carolann J. Coury
Legal Assistants

July 21, 2020

**BY E-MAIL AND REGULAR MAIL**
Jeffrey D. Sternklar, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
jeffrey@sternklarlaw.com

Re:  Armstrong RX GP, LLC et al. v. White Winston Select Asset Funds, LLC et al., No. 16-10666-JGD (USDC MA)—Privilege Log

Dear Jeffrey:

This letter is addressed to your privilege log dated June 19, 2020. Federal Rule of Civil Procedure 26(b)(5) requires that, if White Winston Select Asset Funds, LLC ("White Winston") has withheld information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, White Winston must expressly make that claim and describe the nature of the documents and communications not produced in a manner that will enable Grant Armstrong and Armstrong RX GP, LLC ("Armstrong") to assess the claim.

In the first instance, your privilege log asserts that every document identified is privileged, but does not make any specific claim of privilege, with the single exception of Doc. ID 000020448, which is asserted to be privileged as an attorney-client communication.  Please revise the privilege log to identify the specific privilege claimed for each document.

Notwithstanding your failure to identify the specific privilege claimed, it is apparent from the incomplete information provided in the privilege log that many of the documents are not privileged or otherwise protected from disclosure.

Jeffrey D. Sternklar, Esq.
July 21, 2020
Page Two

First, the following documents are not communications or enclosures thereto, and they were not prepared in anticipation of litigation for trial by or for White Winston or its representative. Accordingly, as you have identified these documents as relevant, and they are not entitled to the protection as trial preparation materials under F.R.C.P. 26(b)(3), they should be produced:

| | | |
|---|---|---|
| 000000683 | 000000390 | 000025306 |
| 000000266 | 000000395 | 000025308 |
| 000000261 | 000025289 | 000025310 |
| 000000262 | 000025292 | 000056485 |
| 000000264 | 000025294 | 000056483 |
| 000000269 | 000025297 | 000056479 |
| 000000275 | 000025300 | 000056480 |
| 000000279 | 000025303 | |
| 000000388 | 000025304 | |

Second, the following documents are communications or enclosures thereto, but not *attorney-client* communications between White Winston and its counsel. As you have identified these documents as relevant, and they are not privileged as attorney-client communications under F.R.E. 501 and Mass. R. Evid. 502(b), they should be produced:

| | | |
|---|---|---|
| 000047306 | 000031799 | 000049924 |
| 000045167 | 000031802 | 000023563 |
| 000047296 | 000031793 | 000026305 |
| 000047297 | 000016369 | 000026308 |
| 000047302 | 000061053 | 000026312 |
| 000047304 | 000061055 | 000026315 |
| 000047310 | 000061052 | 000026317 |
| 000031796 | 000061058 | 000026319 |
| 000031805 | 000059653 | |
| 000031808 | 000049966 | |

Jeffrey D. Sternklar, Esq.
July 21, 2020
Page Three


     Third, the following documents are attorney-client communications or enclosures thereto, but not *confidential* attorney-client communications between White Winston and its counsel.  As you have identified these documents as relevant, and they are not privileged as attorney-client communications under F.R.E. 501 and Mass. R. Evid. 502(b), they should be produced:

| | | |
|---|---|---|
| 000047364 | 000030851 | 000020347 |
| 000047376 | 000031326 | 000019933 |
| 000047384 | 000031330 | 000017066 |
| 000047332 | 000031328 | 000017072 |
| 000047348 | 000031323 | 000017075 |
| 000047355 | 000030598 | 000016389 |
| 000045227 | 000031331 | 000012720 |
| 000031152 | 000025233 | 000012539 |
| 000032380 | 000027323 | 000012510 |
| 000032382 | 000027325 | 000062348 |
| 000032385 | 000026904 | 000062417 |
| 000031147 | 000026897 | 000062339 |
| 000032345 | 000026902 | 000062321 |
| 000032347 | 000026901 | 000060175 |
| 000032066 | 000026899 | 000058952 |
| 000031039 | 000023730 | 000054714 |
| 000031806 | 000021800 | 000055865 |
| 000031803 | 000021625 | 000055410 |
| 000030867 | 000020743 | 000054414 |
| 000031728 | 000020730 | |
| 000031727 | 000021854 | |

Jeffrey D. Sternklar, Esq.
July 21, 2020
Page Four


Please provide a revised privilege log identifying the specific privilege claimed for each document, and produce the documents identified in this letter forthwith.  We will otherwise be constrained to seek the Court's intervention.

Sincerely,

Patrick T. Clendenen
Attorney at Law


PTC/lmt