**EXHIBIT K**

# JEFFREY D. STERNKLAR LLC

July 29, 2020

*BY E-MAIL*

Patrick T. Clendenen, Esq. (ptc@clenlaw.com)
Clendenen & Shea
400 Orange Street
New Haven, CT  06511

Re:     **Armstrong v. White Winston Select Asset Funds, Inc.**

Dear Pat:

I write in response to your July 20 letter and two July 21 letters to me.

### A. July 20, 2020 Letter (Additional Documents)

I confirm we will provide some, but not all, documents previously withheld that relate to the advances and payments on the QVL loans with White Winston.  We are currently reviewing the documents and hope to have a further response and production to you in August.

With regard to Mr. Enright's text messages, I am informed he has no text messages responsive to your request other than those produced to you.  Nevertheless, out of an abundance of caution, Mr. Enright will do one more set of specific key word searches for those parties identified notwithstanding that they did not yield any prior results.  I will let you know when that search is completed.

### B. July 21, 2020 Letter (Privilege Log)

My client is reviewing the privilege log and the documents you identify in your letter.  My client hopes to have a further and specific response to you in August.

### C. July 21, 2020 Letter (Documentation from Boston Private B&T)

I note you did not send me a copy of this letter by e-mail.  Kindly send me copies of all correspondence and other documents by e-mail.

Patrick T. Clendenen, Esq.
July 29, 2020
Page 2

My client disagrees with you regarding the Court's June 23, 2020 order. The order (and the colloquy of counsel at the hearing that resulted in that order) clearly contemplates that the next phase of discovery will be related to the entries on the spreadsheets provided to you, and not to transactions you claim are identified separately in bank statements. Your request for information regarding these extraneous transactions appears to violate that order.

Moreover, you continue to seek production of bank statements relating to withdrawals from the lockbox account, on the grounds that the withdrawals were "aggregated and included in the weekly advances reflected on the attached spreadsheet." This statement is false. The funds advanced to your client and the funds withdrawn from the lockbox, even assuming _arguendo_ both are in identical amounts, are two entirely different things. No funds from the lockbox were advanced to your client. They were swept after they were applied to the loan balance. They were applied to the loan balance when received in the lockbox, not when withdrawn from the lockbox.

Thus, to be clear, **NONE** of the withdrawals, or sweeps, from the lockbox appear in the spreadsheet as advances or were characterized as advances in the spreadsheet. The advances column reflects advances to your client by White Winston on account of the line of credit, and not withdrawals or sweeps from the lockbox. Your repetitious assertions that the sweeps from the lockbox account are the same thing as advances to your client, or that withdrawals from the lockbox were aggregated with advances to your client, is simply mistaken.

Accordingly, my client objects to production of bank statements other than as set forth in the June 23 order as irrelevant, burdensome to review and produce and disproportionate to the needs of this case. Nevertheless, in an attempt to accommodate your request consensually, and in furtherance of paragraph 1.b. of the June 23 order permitting you to "seek additional information about a random sample of entries to ensure the data's reliability," and as represented previously, my client is prepared to obtain (at your client's cost) copies of the bank statements, although irrelevant to this lawsuit, and redact all information from them other than the information demonstrating that the irrelevant withdrawals, in fact, occurred in the amounts and at the times represented in the spreadsheet.

I also attach the "disaggregated" spreadsheet referred to in my earlier correspondence. There are no "third party advances" to your client. As you acknowledge, all advances were executed by my client pursuant to instructions from or agreement with your client. Thus, as represented previously in response to your request for documents used to specify the portion of the advances that represent expenses charged to your client, and as a further effort to accommodate your requests consensually, my client will attempt to obtain backup information from storage (to

Patrick T. Clendenen, Esq.
July 29, 2020
Page 3

the extent it exists) with respect to particular expenses on the attached spreadsheet charged to your client. My client then is prepared to produce reasonable, non-privileged documentation supporting these expenses to you.

As noted previously, it may take significant time and effort, particularly in light of the COVID-19 pandemic, to retrieve those documents from storage. Mr. Mahoney, who will be responsible for retrieving these documents, is out of the office on vacation. I will let you know after I speak with Mr. Mahoney upon his return and advise further on timing and particulars related to such retrieval. My client expects your clients will reimburse it for the costs and expenses incurred in retrieving, copying and producing these documents. Please confirm.

### D. **Your Response to My July 20, 2020 Letter (Hillcrest Capital)**

I have not received any response form you to my July 20, 2020 letter. I confirm I have been retained to represent Hillcrest and Mr. Mahoney with regard to the subpoenas. Please let me know if you wish to discuss the substance of your subpoenas to Hillcrest Capital and Mr. Mahoney and my July 20 letter to you regarding these subpoenas. If not, then I suggest you so advise me and we deem to subpoenas served on me today. I will discuss an appropriate motion for a protective order with Mr. Mahoney in that event when he returns from vacation, and we can discuss how best to tee up that motion for determination by the Court.

### E. **Additional Discovery Requests**

I expect to serve you with discovery requests directed to your clients and to third parties shortly. One of the third parties is Mr. Cox. Could you let me know if you represent Mr. Cox? If so, then we need to talk about discovery my client will direct to Mr. Cox, and whether he intends to assert his Fifth Amendment privilege and refuse to testify. If not, then please let me know if you know who represents Mr. Cox and provide me with that person's contact information.

Please call me if you have any additional questions or wish to discuss. A call may be easier than repeated correspondence and e-mail. Thanks.

Sincerely,

Jeffrey D. Sternklar

cc:  (By E-Mail)
     Mr. Todd Enright
     Mr. Robert Mahoney
     Kellie Fisher, Esq.

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---:|---|
| 07/10/2014 | $50,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 07/10/2014 | $15,000.00 | Advance to the Borrower |
| | $65,000.00 | Sub-Total: Week Ended 7/11/14 |
| | | |
| 07/14/2014 | $50,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| | $50,000.00 | Sub-Total: Week Ended 7/18/14 |
| | | |
| 07/21/2014 | $50,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 07/22/2014 | $9,488.57 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| | $59,488.57 | Sub-Total: Week Ended 7/25/14 |
| | | |
| 07/30/2014 | $35,000.00 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| | $35,000.00 | Sub-Total: Week Ended 8/1/14 |
| | | |
| 08/05/2014 | $15,000.00 | Advance to the Borrower |
| 08/06/2014 | $20,000.00 | Advance to the Borrower |
| 08/06/2014 | $4,168.79 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| 08/08/2014 | $5,000.00 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| | $44,168.79 | Sub-Total: Week Ended 8/8/14 |
| | | |
| 08/11/2014 | $14,462.78 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| 08/13/2014 | $13,667.73 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| 08/14/2014 | $17,333.34 | Interest due |
| 08/14/2014 | $1,944.25 | Hillcrest Capital Advisors, Inc.: Invoice #36676 |
| 08/14/2014 | $11,865.76 | Lender's incurred legal fees per White Winston Inv #46 (refer to McCarter & English Inv #7917676) |
| 08/14/2014 | $2,200.00 | Lender's incurred legal fees per White Winston Inv #45 (refer to McCarter & English Inv #7914956) |
| 08/14/2014 | $1,093.57 | Lender's incurred legal fees per White Winston Inv #34 (refer to McCarter & English Inv #7923757) |
| 08/14/2014 | $792.00 | Lender's incurred legal fees per White Winston Inv #47 (refer to McCarter & English Inv #7927911) |
| 08/14/2014 | $1,930.93 | Lender's incurred travel expenses per White Winston Inv #37 |
| | $65,290.36 | Sub-Total: Week Ended 8/15/14 |
| | | |
| 08/18/2014 | $29,000.00 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| 08/20/2014 | $15,000.00 | Advance to the Borrower |
| 08/22/2014 | $35,836.75 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| | $79,836.75 | Sub-Total: Week Ended 8/22/14 |

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---|---|
| 08/28/2014 | $8,000.00 | Advance to the Borrower |
| 08/29/2014 | $2,958.54 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| | $10,958.54 | Sub-Total: Week Ended 8/29/14 |
| | | |
| 09/03/2014 | $20,000.00 | Advance to the Borrower |
| | $20,000.00 | Sub-Total: Week Ended 9/5/14 |
| | | |
| 09/08/2014 | $34,920.91 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund drug purchases from ABDC |
| 09/12/2014 | $2,286.17 | Hillcrest Capital Advisors, Inc.: Invoice #36702 |
| 09/12/2014 | $1,700.00 | Data subscription costs incurred by Lender per White Winston Inv #55 & #57 |
| | $38,907.08 | Sub-Total: Week Ended 9/12/14 |
| | | |
| 09/17/2014 | $16,000.00 | Advance to the Borrower |
| | $16,000.00 | Sub-Total: Week Ended 9/19/14 |
| | | |
| 09/25/2014 | $25,898.20 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 09/26/2014 | $21,630.53 | Armstrong RX-Plano: to fund drug purchases from ABDC |
| | $47,528.73 | Sub-Total: Week Ended 9/26/14 |
| | | |
| 10/01/2014 | $25,000.00 | Advance to the Borrower |
| 10/03/2014 | $9,154.27 | Note Payment due ABDC |
| 10/03/2014 | $6,888.89 | Term Note Payment due White Winston |
| | $41,043.16 | Sub-Total: Week Ended 10/3/14 |
| | | |
| 10/07/2014 | $850.00 | Data subscription costs incurred by Lender per White Winston Inv #72 |
| 10/10/2014 | $100,000.00 | Advance to the Borrower |
| | $100,850.00 | Sub-Total: Week Ended 10/10/14 |
| | | |
| 10/14/2014 | $2,000.00 | Advance to the Borrower |
| 10/16/2014 | $156.85 | QVL Pharmacy Subsidiaries Funding Group LLC: to fund ABCD Note payment due |
| 10/16/2014 | $15,000.00 | Advance to the Borrower |
| 10/17/2014 | $5,200.03 | Hillcrest Capital Advisors, Inc.: Invoice #36814 |
| 10/17/2014 | $3,663.96 | White Winston: Monitoring Fee (June) per White Winston Inv #77 |
| 10/17/2014 | $3,897.53 | White Winston: Monitoring Fee (July) per White Winston Inv #77 |
| 10/17/2014 | $4,040.61 | White Winston: Monitoring Fee (Aug) per White Winston Inv #77 |
| 10/17/2014 | $4,050.38 | White Winston: Monitoring Fee (Sept) per White Winston Inv #77 |

Disaggregate 00002

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---|---|
| 10/17/2014 | $4,092.54 | White Winston: Monitoring Fee (Oct) per White Winston Inv #78 |
| | $42,101.90 | Sub-Total: Week Ended 10/17/14 |
| | | |
| | $0.00 | Sub-Total: Week Ended 10/24/14 |
| | | |
| 10/27/2014 | $90,000.00 | Advance to the Borrower |
| 10/31/2014 | $10,500.00 | Advance to the Borrower |
| | $100,500.00 | Sub-Total: Week Ended 10/31/14 |
| | | |
| 11/04/2014 | $9,154.27 | Note Payment due ABDC |
| | $9,154.27 | Sub-Total: Week Ended 11/7/14 |
| | | |
| 11/13/2014 | $125,000.00 | Advance to the Borrower |
| 11/13/2014 | $11,855.93 | Advance to the Borrower |
| | $136,855.93 | Sub-Total: Week Ended 11/14/14 |
| | | |
| 11/19/2014 | $220.00 | Lender's incurred legal fees per White Winston Inv #83 (refer to McCarter & English Inv #7938835) |
| 11/19/2014 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #87 & #91 |
| 11/19/2014 | $4,302.87 | White Winston: Monitoring Fee (Nov) per White Winston Inv #94 |
| 11/19/2014 | $7,172.68 | Hillcrest Capital Advisors, Inc.: Invoice #38812 |
| | $12,945.55 | Sub-Total: Week Ended 11/21/14 |
| | | |
| 11/25/2014 | $27,864.84 | Advance to the Borrower |
| | $27,864.84 | Sub-Total: Week Ended 11/28/14 |
| | | |
| 12/01/2014 | $82,000.00 | Advance to the Borrower |
| 12/03/2014 | $25,600.00 | Advance to the Borrower |
| | $107,600.00 | Sub-Total: Week Ended 12/5/14 |
| | | |
| 12/10/2014 | $4,422.39 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 12/10/2014 | $106,470.76 | Advance to the Borrower |
| | $110,893.15 | Sub-Total: Week Ended 12/12/14 |
| | | |
| 12/16/2014 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #99 & #103 |
| 12/16/2014 | $4,495.51 | White Winston: Monitoring Fee (Dec) per White Winston Inv #107 |
| 12/16/2014 | $180.80 | Lender's incurred prof. fees per White Winston Inv #111 (refer to Hillcrest Capital Advisors, Inc. Inv #39113) |

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---|---|
| | $5,926.31 | Sub-Total: Week Ended 12/19/14 |
| 12/23/2014 | $4,731.88 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 12/26/2014 | $15,000.00 | Advance to the Borrower |
| | $19,731.88 | Sub-Total: Week Ended 12/26/14 |
| 12/31/2014 | $67,288.65 | Advance to the Borrower |
| | $67,288.65 | Sub-Total: Week Ended 1/2/15 |
| 01/06/2015 | $19.99 | Advance to the Borrower (WorldPay fee) |
| 01/08/2015 | $25,251.60 | Advance to the Borrower |
| | $25,271.59 | Sub-Total: Week Ended 1/9/15 |
| 01/12/2015 | $49,202.74 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 01/15/2015 | $40,000.00 | Advance to the Borrower |
| | $89,202.74 | Sub-Total: Week Ended 1/16/15 |
| 01/20/2015 | $60.50 | Advance to the Borrower (Telecheck) |
| 01/21/2015 | $20,000.00 | Advance to the Borrower |
| 01/22/2015 | $15,000.00 | Advance to the Borrower |
| 01/23/2015 | $23,000.00 | Advance to the Borrower |
| | $58,060.50 | Sub-Total: Week Ended 1/23/15 |
| | $0.00 | Sub-Total: Week Ended 1/30/15 |
| 02/02/2015 | $24,905.10 | Advance to the Borrower |
| 02/03/2015 | $9,154.27 | Note Payment due ABDC |
| 02/04/2015 | $29.99 | Advance to the Borrower (WorldPay fee) |
| | $34,089.36 | Sub-Total: Week Ended 2/6/15 |
| 02/10/2015 | $46,300.00 | Advance to the Borrower |
| | $46,300.00 | Sub-Total: Week Ended 2/13/15 |
| 02/17/2015 | $9,154.27 | Note Payment due ABDC |
| 02/18/2015 | $25,000.00 | Advance to the Borrower |
| 02/18/2015 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #115 & #116 |

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---|---|
| 02/18/2015 | $2,027.00 | Lender's incurred prof. fees per White Winston Inv #111 (refer to Hillcrest Capital Advisors, Inc. Inv #40007) |
| 02/18/2015 | $4,529.78 | White Winston: Monitoring Fee (Jan) per White Winston Inv #129 |
| 02/18/2015 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #133 |
| 02/18/2015 | $160.86 | Lender's incurred costs (refer to Hillcrest Capital Advisors, Inc. Inv #40021) |
| 02/18/2015 | $1,896.20 | Lender's incurred prof. fees per White Winston Inv #140 (refer to Hillcrest Capital Advisors, Inc. Inv #40022) |
| 02/19/2015 | $57.25 | Advance to the Borrower (Telecheck) |
| 02/20/2015 | $4,499.78 | White Winston: Monitoring Fee (Feb) per White Winston Inv #142 |
| 02/20/2015 | $30,000.00 | Advance to the Borrower |
|  | $79,825.14 | Sub-Total: Week Ended 2/20/15 |
| 02/24/2015 | $14,000.00 | Advance to the Borrower |
| 02/27/2015 | $35,000.00 | Advance to the Borrower |
|  | $49,000.00 | Sub-Total: Week Ended 2/27/15 |
| 03/04/2015 | $25,389.69 | Advance to the Borrower |
|  | $25,389.69 | Sub-Total: Week Ended 3/6/15 |
|  | $0.00 | Sub-Total: Week Ended 3/13/15 |
| 03/17/2015 | $4,552.00 | White Winston: Monitoring Fee (March) per White Winston Inv #155 |
| 03/17/2015 | $25,000.00 | Advance to the Borrower |
| 03/18/2015 | $9,154.27 | Note Payment due ABDC |
| 03/19/2015 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #145 |
| 03/19/2015 | $1,078.85 | Lender's incurred prof. fees per White Winston Inv #150 (refer to Hillcrest Capital Advisors, Inc. Inv #40072) |
| 03/19/2015 | $20.00 | Lender's incurred cost reimbursement |
| 03/19/2015 | $55.75 | Advance to the Borrower |
| 03/20/2015 | $15,000.00 | Advance to the Borrower |
|  | $56,110.87 | Sub-Total: Week Ended 3/20/15 |
| 03/25/2015 | $15,000.00 | Advance to the Borrower |
|  | $15,000.00 | Sub-Total: Week Ended 3/27/15 |
| 04/01/2015 | $25,000.00 | Advance to the Borrower |
|  | $25,000.00 | Sub-Total: Week Ended 4/3/15 |
| 04/07/2015 | $7,000.00 | Lender fee for preparation of Private Placement Memorandum for Borrower's sale of Preferred Units |

Disaggregate 00005

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---|---|
| 04/07/2015 | $12,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 04/10/2015 | $16,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| | $35,000.00 | Sub-Total: Week Ended 4/10/15 |
| | | |
| 04/17/2015 | $4,652.55 | White Winston: Monitoring Fee (April) per White Winston Inv #185 |
| 04/17/2015 | $748.67 | Lender's incurred travel expenses per White Winston Inv #183 |
| | $5,401.22 | Sub-Total: Week Ended 4/17/15 |
| | | |
| 04/20/2015 | $55.00 | Advance to the Borrower (Telecheck) |
| 04/22/2015 | $12,500.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 04/22/2015 | $13,488.00 | Lender's incurred legal fees per White Winston Inv #177(refer to McCarter & English Inv #7968749) |
| 04/22/2015 | $653.85 | Lender's incurred prof. fees per White Winston Inv #166 (refer to Hillcrest Capital Advisors, Inc. Inv #40083) |
| 04/22/2015 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #170 |
| | $27,946.85 | Sub-Total: Week Ended 4/24/15 |
| | | |
| 04/29/2015 | ($32,000.00) | Loan Paydown |
| 04/29/2015 | $3,500.00 | Services billing per Contract per White Winston Inv #190 |
| | ($28,500.00) | Sub-Total: Week Ended 5/1/15 |
| | | |
| 05/06/2015 | $35,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| 05/08/2015 | $15,000.00 | AmeriSource Bergen Drug Corporation ("ABDC") |
| | $50,000.00 | Sub-Total: Week Ended 5/8/15 |
| | | |
| 05/13/2015 | $10,000.00 | Advance to the Borrower |
| 05/15/2015 | $4,000.00 | White Winston: Monitoring Fee (May) per White Winston Inv #211, partial payment |
| | $14,000.00 | Sub-Total: Week Ended 5/15/15 |
| | | |
| 05/19/2015 | $55.00 | Advance to the Borrower (Telecheck) |
| 05/21/2015 | $13,000.00 | Advance to the Borrower |
| | $13,055.00 | Sub-Total: Week Ended 5/22/15 |
| | | |
| 05/28/2015 | $20,000.00 | Advance to the Borrower |
| 05/29/2015 | $7,673.20 | Lender's incurred legal fees per White Winston Inv #207 (refer to McCarter & English Inv #7975325) |
| 05/29/2015 | $1,536.55 | Lender's incurred prof. fees per White Winston Inv #197 (refer to Hillcrest Capital Advisors, Inc. Inv #40089) |
| 05/29/2015 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #200 |
| 05/29/2015 | $544.34 | White Winston: Monitoring Fee (May) per White Winston Inv #211, payment of remaining amount due |

Disaggregate 00006

**ARMSTRONG RX II, L.P. et. al.**
Lender Advances for Costs, Fees & Funding to or f/b/o Borrower: Week Ended 7/11/14 through Week Ended 6/26/15

| Date | Amount | Description |
|---|---|---|
| 05/29/2015 | $3,500.00 | Services billing per Contract per White Winston Inv #215 |
| | $34,504.09 | Sub-Total: Week Ended 5/29/15 |
| | | |
| 06/05/2015 | $15,000.00 | Advance to the Borrower |
| | $15,000.00 | Sub-Total: Week Ended 6/5/15 |
| | | |
| 06/10/2015 | $6,000.00 | Advance to the Borrower |
| 06/11/2015 | $5,000.00 | Advance to the Borrower |
| | $11,000.00 | Sub-Total: Week Ended 6/12/15 |
| | | |
| 06/16/2015 | $1,250.00 | Data subscription costs, etc. incurred by Lender per White Winston Inv #223 |
| 06/16/2015 | $1,558.15 | Lender's incurred prof. fees per White Winston Inv #232 (refer to Hillcrest Capital Advisors, Inc. Inv #40096) |
| 06/16/2015 | $691.85 | White Winston: Monitoring Fee (June) per White Winston Inv #240, partial payment |
| 06/17/2015 | $3,880.36 | White Winston: Monitoring Fee (June) per White Winston Inv #240, payment of remaining amount due |
| 06/17/2015 | $4,119.64 | White Winston accrued fees |
| 06/19/2015 | $5.00 | Advance to the Borrower (Telecheck) |
| | $11,505.00 | Sub-Total: Week Ended 6/19/15 |
| | | |
| 06/25/2015 | $2,760.39 | White Winston incurred travel expenses per White Winston Inv #245 |
| | $2,760.39 | Sub-Total: Week Ended 6/26/15 |

Disaggregate 00007