# **EXHIBIT O**

# JEFFREY D. STERNKLAR LLC

August 28, 2020

*BY E-MAIL*

Patrick T. Clendenen, Esq. (ptc@clenlaw.com)
Clendenen & Shea
400 Orange Street
New Haven, CT  06511

Re:   <u>Armstrong v. White Winston Select Asset Funds, Inc.</u>

Dear Pat:

I write in further response to your letters dated July 8, 2020, July 20, 2020, July 21, 2020, and August 5, 2020.

As you know, Hillcrest Capital Advisors and Robert Mahoney produced a significant number of documents that were responsive to your requests set forth in your letters, including bank statements, correspondence, and invoices, except for Hillcrest/Mahoney texts, which are being searched for and gathered for production. If Mr. Mahoney or Mr. Enright locates additional documents responsive to your requests for documents supporting specific line items in the spreadsheets referenced in your letters, or specific transactions, those documents will be reviewed and produced, as necessary and appropriate.  Thus, except for Mr. Mahoney's texts, it is White Winston's position that you have all of the documentation that you have requested regarding specific transactions and line items set forth in your letters.

We believe the only outstanding items that you have requested in your letters is: (i) the documents that were withheld in White Winston's first production of documents; (ii) an updated privilege log reflecting the withheld documents; and (iii) additional text messages of Todd Enright. We have attempted to locate the documents that were previously withheld from the production.  However, we are having difficulty with our document review vendor who is storing the documents, including the documents that were withheld, and who prepared the privilege log.  We have not yet

Patrick T. Clendenen, Esq.
August 28, 2020
Page 2

been able to access these documents.  We are attempting to fix this problem, and will respond to your additional requests and update the privilege log when we resolve the issue with our vendor.

 As noted previously, Mr. Enright has not located any additional text messages to produce.

 I believe this addresses all outstanding items.  Please call me if you believe I am mistaken or if you have questions or would like to discuss.

        Sincerely,

        Jeffrey D. Sternklar

cc: (By E-Mail)
   Mr. Todd Enright
   Mr. Robert Mahoney
   Kellie Fisher, Esq.