# **<u>EXHIBIT P</u>**

<h1 style="color:blue; text-align:center;">hillcrest capital services, inc.</h1>

_____

December 1, 2018

***Invoice #41093***

<u>CLIENT</u>
Armstrong Rx II, L.P.
c/o White Winston Select Asset Funds, LLC
265 Franklin Street; Suite 1702
Boston, MA  02110

Gentlemen:

We are pleased to have been of service to you in assisting with the credit facility accounting and administrative matters as they relate to the Dallas, Texas pharmacy operations of Armstrong Rx II, L.P.

This represents our invoice for the payment of earned fees and for the reimbursement of our incurred expenses:

| | | |
|---|---|---:|
| **Fees and Reimbursements Due**: | | |
| Fees for Services Rendered (Sept., Oct. & Nov.) | | |
| | 8.25 Hours @ $200.00 per hour | $1,650.00 |
| | (refer to attached detail) | |
| *plus*: | Incurred out-of-pocket expenses: | NONE |
| *plus*: | CT Sales taxes (6.35%) | <u>NONE</u> |
| | **Amount Due—This Invoice** | **$1,650.00** |
| *plus*: | Invoice #41075 dated 9/1/18 | $1,150.00 |
| *less*: | Payment received from Client | <u>NONE</u> |
| | **TOTAL AMOUNT DUE** | **$2,800.00** |

We are pleased to have assisted you, and we appreciate your business.

Invoice #41093
December 1, 2018
Page 2

## *Invoice #41093*

Detail of Services Rendered & Expenses Incurred
Engagement by Armstrong Rx II, L.P.

| DATE | HOURS | DESCRIPTION OF SERVICES | INCURRED EXPENSES |
|---|---|---|---|
| 9/4/18 | 1.00 | Reviewed payments made to Stroz and their statement of unpaid billings<br>Processed Stroz invoices and updated receivable due from Armstrong | |
| 9/17/18 | 2.75 | Conf call with Atty Sternklar & Mr Enright<br>Travel to/from storage to seek files related to Stephen Cox theft. Prepared email to Atty Sternklar re same. | |
| 9/28/18 | 0.75 | Processed professional fee billings received | |
| 10/4/18 | 1.00 | Researched subpoena of Boston Private and Judge's order re same<br>P/C with Michelle Samuels of Boston Private<br>Email to Ms. Samuels to summarize p/c discussion and next steps | |
| 10/29/18 | 0.75 | Processed advance against Line to fund all open WW invoices<br>Updated Line accounting & G/L | |
| 11/6/18 | 1.75 | Searched for and p/c's regarding booking for three conference rooms for Dec 12th & Dec 13th mediation session | |
| 11/30/18 | 0.25 | Processed advance against Line to fund all open WW invoices<br>Updated Line accounting & G/L | |
| | **8.25** | | **$-0-** |

**Receipts attached for Incurred Expenses Due for Reimbursement**

# hillcrest capital services, inc.

_____

February 1, 2019

***Invoice #41112***

<u>CLIENT</u>
Armstrong Rx II, L.P.
c/o White Winston Select Asset Funds, LLC
265 Franklin Street; Suite 1702
Boston, MA  02110

Gentlemen:

We are pleased to have been of service to you in assisting with the credit facility accounting and administrative matters as they relate to the Dallas, Texas pharmacy operations of Armstrong Rx II, L.P.

This represents our invoice for the payment of earned fees and for the reimbursement of our incurred expenses:

|  |  |  |
|---|---|---:|
|  | **<u>Fees and Reimbursements Due</u>**: |  |
|  | Fees for Services Rendered (Dec. & Jan.) |  |
|  | 0.50 Hours @ $200.00 per hour | $100.00 |
|  | 2.0 Days @ $1,250.00 per diem | $2,500.00 |
|  | (refer to attached detail) |  |
| *plus*: | Incurred out-of-pocket expenses: | NONE |
| *plus*: | CT Sales taxes (6.35%) | <u>NONE</u> |
|  | **Amount Due—This Invoice** | **$2,600.00** |
| *plus*: | Invoice #41075 dated 9/1/18 | $1,150.00 |
|  | Invoice #41093 dated 12/1/18 | $1,650.00 |
| *less*: | Payment received from Client | <u>NONE</u> |
|  | **TOTAL AMOUNT DUE** | **$5,400.00** |

We are pleased to have assisted you, and we appreciate your business.

Invoice #41112
February 1, 2019
Page 2

## *Invoice #41112*

Detail of Services Rendered & Expenses Incurred
Engagement by Armstrong Rx II, L.P.

| DATE | HOURS | DESCRIPTION OF SERVICES | INCURRED EXPENSES |
|---|---|---|---|
| 12/12/18 & 12/13/18 | 2 Full Days | Travel to/from Boston for mediation session with Armstrong | |
| 1/28/19 | 0.50 | Processed advance against Line to fund all open WW invoices<br>Updated Line accounting & G/L | |
| | **0.50 hours & 2 Full Days** | | **$-0-** |

**Receipts attached for Incurred Expenses Due for Reimbursement**

# hillcrest capital services, inc.

_____

April 1, 2019

***Invoice #41128***

CLIENT
Armstrong Rx II, L.P.
c/o White Winston Select Asset Funds, LLC
265 Franklin Street; Suite 1702
Boston, MA  02110

Gentlemen:

We are pleased to have been of service to you in assisting with the credit facility accounting and administrative matters as they relate to the Dallas, Texas pharmacy operations of Armstrong Rx II, L.P.

This represents our invoice for the payment of earned fees and for the reimbursement of our incurred expenses:

**Fees and Reimbursements Due**:

| | | |
|---|---|---|
| | Fees for Services Rendered (Feb & March) | |
| | 1.0 Days @ $1,250.00 per diem | $1,250.00 |
| | (refer to attached detail) | |
| *plus*: | Incurred out-of-pocket expenses: | NONE |
| *plus*: | CT Sales taxes (6.35%) | NONE |
| | **Amount Due—This Invoice** | **$1,250.00** |
| *plus*: | Invoice #41075 dated 9/1/18 | $1,150.00 |
| | Invoice #41093 dated 12/1/18 | $1,650.00 |
| | Invoice #41112 dated 2/1/19 | $2,600.00 |
| *less*: | Payment received from Client | NONE |
| | **TOTAL AMOUNT DUE** | **$6,650.00** |

We are pleased to have assisted you, and we appreciate your business.

Invoice #41128
April 1, 2019
Page 2

## *Invoice #41128*

Detail of Services Rendered & Expenses Incurred
Engagement by Armstrong Rx II, L.P.

| *DATE* | **HOURS** | *DESCRIPTION OF SERVICES* | *INCURRED EXPENSES* |
|---|---|---|---|
| 2/14/19 | 1 Full Day | Travel to/from Boston for mediation session with Armstrong | |
| | **1 Full Day** | | **$-0-** |

**Receipts attached for Incurred Expenses Due for Reimbursement**