UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT ARMSTRONG AND ARMSTRONG RX GP, LLC | ) ) ) |
| Plaintiffs, v. | ) ) ) ) |
| WHITE WINSTON SELECT ASSET FUNDS, LLC | ) ) ) )   C. A. No. 1:16-cv-10666-JGD |
| Defendant/Third Party Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| ARMSTRONG RX II GP, LLC AND ARMSTRONG RX II, LP, | ) ) ) |
| Third Party Defendants. | ) |

**WHITE WINSTON SELECT ASSET FUNDS, LLC'S RESPONSE
TO MOTIONS TO WITHDRAW AS COUNSEL**

1. White Winston Select Asset Funds, LLC ("White Winston") does not dispute or contest the representations made by either Clendenen & Shea, LLC ("Clendenen") or Richards Rodriguez & Skeith, LLP ("RRS" and together with Clendenen, "Counsel") in their respective Motions for Leave to Withdraw Appearance.[1]  White Winston also does not object to the eventual withdrawal of Counsel.

2. While there are no pending motions, there are outstanding and overdue responses to discovery requests. On February 11, 2021, White Winston served interrogatories and document requests (collectively, the "Discovery Requests") on Grant Armstrong, Armstrong RX GP, LLC,

---

[1] Clendenen's *Motion for Leave to Withdraw Appearance* is filed at Docket Entry 178, and RSS's *Motion for Leave to Withdraw Appearance* is at Docket Entry 179.  The Motions for Leave to Withdraw Appearance are collectively referred to herein as the "Motions to Withdraw."

1

Armstrong RX II GP, LLC and Armstrong RX II, LP (collectively, "Armstrong") through Clendenen.  Armstrong's responses to the Discovery Requests were due on March 15, 2021, but have not yet been provided.

3. Delaying production of the documents will delay other aspects of discovery.  It will take time to review the records called for in the Discovery Requests.  Moreover, White Winston needs the requested information to determine which witnesses it will need to depose prior to the June 30, 2021 discovery deadline.  Delaying the responses until substitute counsel enters their appearances will cause further delays.  Therefore, White Winston respectfully requests that the Court require Armstrong to produce the documents and information requested in the Discovery Requests before granting the Motions to Withdraw.

4. Since the discovery deadline is approaching, White Winston also requests that any order granting the Motions to Withdraw set a date certain in the very near future for Armstrong to retain new counsel.  The Armstrong entities cannot appear in this proceeding *pro se*.  See L.R. 83.5.5(c).  Moreover, this case was initiated in 2016, and White Winston is eager to avoid another extension of the discovery deadline.  White Winston needs to coordinate with Armstrong's substitute counsel quickly to coordinate depositions.

5. For these reasons, White Winston respectfully requests that the Court (i) require Armstrong to produce the documents and information requested in the Discovery Requests prior to granting the Motions to Withdraw, and (ii) set a date certain for Armstrong to retain new counsel.

Dated:  March 22, 2021 

Respectfully Submitted,

*/s/ George T. Dilworth*
Jeffrey D. Sternklar (BBO#549561)
JEFFREY D. STERNKLAR LLC
26th Floor
225 Franklin Street
Boston, MA  02110
Telephone:  (617) 396-4515
Facsimile:   (617) 507-6530
Email:  jeffrey@sternklarlaw.com

-and-

George T. Dilworth, BBO# 551296
Kellie W. Fisher, BBO# 693590
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Telephone: (207) 772-1941
E-mail: Tdilworth@dwmlaw.com
           kfisher@dwmlaw.com

*Counsel to White Winston Select Asset Funds, LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that on March 22, 2021, I caused the foregoing response to be filed via the Court's CM/ECF system for service on all counsel of record.

Dated:  March 22, 2021           Respectfully Submitted,

                 */s/ George T. Dilworth*
                 George T. Dilworth, BBO# 551296
                 **Drummond Woodsum**
                 84 Marginal Way, Suite 600
                 Portland, ME 04101-2480
                 Telephone: (207) 772-1941
                 E-mail: Tdilworth@dwmlaw.com

                 *Counsel to White Winston Select Asset Funds, LLC*