UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT ARMSTRONG and ARMSTRONG RX GP, LLC )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WHITE WINSTON SELECT ASSET )<br>FUNDS, LLC )<br>)<br>Defendant/Third-Party )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARMSTRONG RX II, GP, LLC and )<br>ARMSTRONG RX II, LP )<br>)<br>Third-Party Defendants. )<br>) | Civil Action No. 1:16-cv-10666-JGD |

**RENEWED MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Under Local Rule 83.5.2(c) and the Court's Order dated May 20, 2021 (Doc. No. 191), undersigned counsel for the Plaintiffs and Third-Party Defendants, Grant Armstrong, Armstrong RX GP, LLC, Armstrong RX II, GP, LLC, and Armstrong RX II, LP ("Armstrong"), Patrick T. Clendenen, of Clendenen & Shea, LLC ("Counsel"), respectfully requests and moves the Court again to grant him leave to withdraw as counsel of record in this matter. Counsel hereby renews the motion for leave to withdraw, first filed on March 16, 2021 (Doc. No. 178), due to a breakdown under the terms of the attorney-client relationship. Armstrong has twice notified the Court through Counsel that Armstrong is actively seeking new counsel. (Doc. Nos. 185 & 189). Armstrong has to date neither caused

their successor counsel to enter an appearance in this matter nor notified the Court whether they wish present counsel to continue in this matter.

Under the Court's existing Scheduling Order, fact discovery in this matter does not conclude until June 30, 2021. No motions are pending before the Court, and no trial date has been set. Benjamin H. Hathaway, Esq. of Richards Rodriquez & Skeith has appeared on behalf of Armstrong *pro hac vice* in this matter and previously moved to withdraw his appearance. (Doc. No. 179).

WHEREFORE, Armstrong, through its undersigned counsel, respectfully requests that this Court grant this renewed motion for leave to allow Clendenen & Shea, LLC and its attorneys to withdraw as their counsel of record in this matter.

                    Respectfully Submitted,

                    GRANT ARMSTRONG, ARMSTRONG RX GP, LLC, ARMSTRONG RX II, GP, LLC, and ARMSTRONG RX II, LP,

                    By Their Attorneys,

                    */s/ Patrick T. Clendenen*
                    Patrick T. Clendenen (BBO #564165)
                    Clendenen & Shea, LLC
                    400 Orange Street
                    New Haven, CT 06511
                    203-787-1183 (telephone)
                    203-787-2847 (facsimile)
                    ptc@clenlaw.com

Date:  June 7, 2021

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2021.

AND

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, under Local Rule 7.1, counsel for the parties communicated that this renewed motion was to be filed.

/s/ *Patrick T. Clendenen*

CLENDENEN & SHEA, LLC