UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT ARMSTRONG and<br>ARMSTRONG RX GP, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>WHITE WINSTON SELECT ASSET<br>FUNDS, LLC,<br><br>     Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ARMSTRONG RX II GP, LLC and<br>ARMSTRONG RX II, LP,<br><br>     Third-Party Defendants. | C.A. No. 16-cv-10666-JGD |

**REQUEST FOR AWARD OF ATTORNEYS' FEES INCURRED IN CONNECTION WITH WHITE WINSTON'S MOTION TO DISMISS**

In accordance with the Court's Order on White Winston Select Asset Fund's, LLC's Motion to Dismiss With Prejudice [D.E. 213], White Winston Select Asset Funds, LLC ("White Winston") hereby requests its fees incurred in connection with White Winston's Motion to Dismiss Plaintiff's Claims Against White Winston With Incorporated Memorandum of Law [D.E. 203] (the "Motion to Dismiss") in the amount of $10,675.00.  In support of this request, the Declaration of George T. Dilworth in Support of Award of Attorneys' Fees Incurred in Connection with White Winston's Motion to Dismiss is attached as **Exhibit 1**.

Dated:  October 12, 2021						Respectfully Submitted,


						*/s/ George T. Dilworth*
						Jeffrey D. Sternklar (BBO#549561)
						JEFFREY D. STERNKLAR LLC
						26th Floor
						225 Franklin Street
						Boston, MA  02110
						Telephone:  (617) 396-4515
						Facsimile:   (617) 507-6530
						Email:  jeffrey@sternklarlaw.com

						-and-

						George T. Dilworth, BBO# 551296
						Kellie W. Fisher, BBO# 693590
						**Drummond Woodsum**
						84 Marginal Way, Suite 600
						Portland, ME 04101-2480
						Telephone: (207) 772-1941
						E-mail: Tdilworth@dwmlaw.com
							kfisher@dwmlaw.com


						*Counsel to White Winston Select Asset Funds, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2021, I caused the foregoing document to be filed via the Court's CM/ECF system for service on all counsel of record.

Dated:  October 12, 2021                Respectfully Submitted,

                                         */s/ George T. Dilworth*
                                         George T. Dilworth, BBO# 551296
                                         **Drummond Woodsum**
                                         84 Marginal Way, Suite 600
                                         Portland, ME 04101-2480
                                         Telephone: (207) 772-1941
                                         E-mail: Tdilworth@dwmlaw.com

                                         *Counsel to White Winston Select Asset Funds, LLC*